# EXHIBIT 1-A

THE WAVE STUDIO, LLC
COMPLAINT

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

VA 1 – 432 – 324

**EFFECTIVE DATE OF REGISTRATION**

12      28      2010
Month    Day      Year

---

**TE CONTINUATION SHEET.**

**1** Title of This Work ▼

Wave-s  Photographs 2001

NATURE OF THIS WORK ▼ See Instructions

Photographs

Previous or Alternative Titles ▼
Group Registration / Published Photos - 67 photographs

Publication as a Contribution if this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give  Volume ▼        Number ▼            Issue Date ▼            On Pages ▼

---

**2**

NAME OF AUTHOR ▼

**a** Wave-s (employer for hire of Masano Kawana)

DATES OF BIRTH AND DEATH
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

**b** Name of Author ▼

Dates of Birth and Death
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

Was This Author's Contribution to the Work
Anonymous?      ☐ Yes  ☐ No
Pseudonymous?   ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

Nature of Authorship  Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture      ☐ Map          ☐ Technical drawing
☐ 2-Dimensional artwork        ☐ Photograph   ☐ Text
☐ Reproduction of work of art  ☐ Jewelry design ☐ Architectural work

---

**3**

**a** Year in Which Creation of This Work Was Completed
2001
Year in all cases.
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month  Mar. 26  Day  Sep. 17  Year  2001
Nation  Singapore

---

**4**

COPYRIGHT CLAIMANT(S) Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

Transfer If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

See instructions before completing this space.

APPLICATION RECEIVED
12-28-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
OFFICE USE ONLY

---

MORE ON BACK ▶   • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.       • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ___ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes *IN SIEDE 1 8™ 1-539971692*

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼        Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                    Account Number ▼
Jennison & Shultz, P.C.                   080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy., Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number (703) 415-1640        Fax number (703) 415-0788
Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of      WAVE-S
       Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                           Date  28 December 2010

Handwritten signature (X) ▼
X

**8**

**9**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1 – 432 – 324**

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) *12*  (Day) *28*  (Year) *2010*

CONTINUATION SHEET RECEIVED

Page *3* of *10* pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ WAVE-S

Name of Copyright Claimant _____ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | |
|---|---|---|
| Title of Photograph | phuket001 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket002 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket003 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket004 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

| | | |
|---|---|---|
| Title of Photograph | phuket005 | |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year) | Nation of First Publication _____ Singapore |
| Description of Photograph (Optional) | | |

**B**

| | |
|---|---|
| Title of Photograph | phuket005 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket007 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket008 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket009 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket010 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket011 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket012 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket013 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket014 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | phuket015 |
| Date of First Publication | 26 March 2001 |
| | day month year |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

| | |
|---|---|
| Name ▼ | Dunlap & Shultz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy., Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | phuket016 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket017 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket018 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket019 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket020 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket021 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket022 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket023 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket024 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | Title of Photograph | phuket025 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | phuket026 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket027 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket028 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket029 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket030 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket031 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket032 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket033 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket034 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | phuket035 |
| Date of First Publication | 26 (Month) March (Day) 2001 (Year)   Nation of First Publication   Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket036 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket037 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket038 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket039 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket040 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | phuket041 | | | |
| | Date of First Publication | 26 (Month) | March (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu001 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu002 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu003 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | lalu004 | | | |
| | Date of First Publication | 17 (Month) | September (Day) | 2001 (Year) | Nation of First Publication    Singapore |
| | Description of Photograph (Optional) | | | | |

---

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph: lalu005
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu006
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu007
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu008
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu009
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu010
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu011
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu012
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu013
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: lalu014
Date of First Publication: 17 September 2001    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Boudreau & Shults, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip: Arlington, VA 22202-3604

| Number | | |
|---|---|---|
| Title of Photograph | lalu015 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu016 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu017 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu018 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu019 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu020 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu021 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu022 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu023 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu024 | |
| Date of First Publication | 17 September 2001 | Nation of First Publication Singapore |
| | (Month) (Day) (Year) | |
| Description of Photograph | (Optional) | |

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| | Title of Photograph | lalu025 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

**B**

Registration
For Group of
Published
Photographs
(continued)

| | Title of Photograph | lalu026 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 17 | September | 2001 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

| | Title of Photograph | | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | | | | Nation of First Publication | |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph (Optional) | | | | | |

Certificate
will be mailed
in window
envelope to
this address

| Name ▼ |
|---|
| Jemison & Shultz, PC |
| Number / Street / Apt ▼ |
| 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ |
| Arlington, VA 22202-3604 |

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1-432-325**

*EFFECTIVE DATE OF REGISTRATION*

| 12 | 28 | 2010 |
|----|----|------|
| Month | Day | Year |

---

**1**    **Title of This Work ▼**
Wave-s Photographs 2002

**NATURE OF THIS WORK ▼** See Instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 183 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give:   Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

---

**2**    **NAME OF AUTHOR ▼**

**a**   Wave-s (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR   Citizen of _____
Domiciled in   Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No

If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☑ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR   Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No

If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

---

**3**    **a**   Year in Which Creation of This Work Was Completed
2002   Year   This information must be given in all cases.

**b**   Date and Nation of First Publication of This Particular Work
Complete this information Month July 20 Day Dec. 2 Year 2002
ONLY if this work has been published.
Singapore   Nation

---

**4**    **COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

WAVE-S;
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

See instructions before completing this space.

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-28-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

DO NOT WRITE HERE
FOR COPYRIGHT OFFICE USE ONLY

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE
Page 1 of ____ pages

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes (IN Sebe/ SR# 1-540400134)

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼      Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**
a

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                          Account Number ▼
Jennison & Shultz, P.C.                         080519

**7**
a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼
John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   (703 ) 415-1640          Fax number   ( 703 )415-0788
Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the
check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of    WAVE-S
Name of author or other copyright claimant, or owner of exclusive right(s) ▲
of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                                    Date  28 December 2010

Handwritten signature (X) ▼
X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:
Name ▼
Jennison & Shultz, PC
Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City/State/ZIP ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1−432−325

*058001432325*

USE ONLY WITH FORM VA

EFFECTIVE DATE OF REGISTRATION

(Month) 12  (Day) 28  (Year) 2010

CONTINUATION SHEET RECEIVED

Page 3 of 21 pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ____ WAVE-S ____

Name of Copyright Claimant ____ WAVE-S; 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679 ____

## B

*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu027 | | | |
| Date of First Publication | 20 (Month) July (Day) 2002 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu028 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu029 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu030 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| Number | | | | |
|---|---|---|---|---|
| Title of Photograph | lalu031 | | | |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**B**

| Title of Photograph | lalu032 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu033 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu034 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu035 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu036 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu037 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu038 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu039 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu040 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

| Title of Photograph | lalu041 |
| Date of First Publication | 20 July 2002 | Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jauison & Shelte, PC

Number / Street / Apt ▼
2801 Jefferson Davis Hwy.; Suite 1102

City / Town / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Number | |

Title of Photograph: **lalu042**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu043**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu044**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu045**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu046**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu047**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu048**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu049**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu050**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

Title of Photograph: **lalu051**

Date of First Publication: **20** (Month) **July** (Day) **2002** (Year)   Nation of First Publication: **Singapore**

Description of Photograph: (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| Title of Photograph | lulu052 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu053 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu054 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu055 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu056 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu057 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu058 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu059 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu060 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

| Title of Photograph | lulu061 | | | Nation of First Publication | Singapore |
| Date of First Publication | 20 | July | 2002 | | |
| Description of Photograph | | | | | |

**C**

Name ▼
Jacobson & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Related Photographs (continued)

Number

Title of Photograph   lalu062

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu063

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu064

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu065

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu066

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu067

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu068

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu069

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu070

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph   lalu071

Date of First Publication   20 (Month)   July (Day)   2002 (Year)   Nation of First Publication   Singapore

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**
Registration for Review of Published Photographs (continued)

Title of Photograph __lalu072__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu073__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu074__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu075__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu076__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu077__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu078__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu079__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu080__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

Title of Photograph __lalu081__

Date of First Publication __20__ __July__ __2002__    Nation of First Publication __Singapore__

Description of Photograph _____

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Ivardson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1103

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu082 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Option) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu083 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu084 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu085 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu086 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu087 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu088 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu089 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu090 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu091 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | |
|---|---|---|
| Number | Title of Photograph | lalu092 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu093 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu094 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu095 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu096 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu097 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu098 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu099 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu100 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | lalu101 |
| | Date of First Publication | 20 (Month) July (Day) 2002 (Year) Nation of First Publication Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | lalu102 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu103 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu104 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu105 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu106 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu107 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu108 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu109 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu110 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

| Number | | |
|---|---|---|
| | Title of Photograph | lalu111 |
| | Date of First Publication | 20 July 2002 |
| | | Nation of First Publication Singapore |
| | Description of Photograph | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼ Jennison & Shultz, PC

Number/Street/Apt ▼ 2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼ Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | lalu112 |

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Application for Group of Published Photographs (continued)

Title of Photograph  lalu113

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu114

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu115

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu116

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu117

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu118

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu119

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu120

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

Title of Photograph  lalu121

Date of First Publication  20  July  2002  Nation of First Publication  Singapore

Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu122 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu123 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu124 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu125 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu126 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu127 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu128 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu129 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu130 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu131 | | | | |
| | Date of First Publication | 20 | July | 2002 | Nation of First Publication | Singapore |
| | | (Month) | (Day) | (Year) | | |
| | Description of Photograph | (Optional) | | | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE!

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number
Title of Photograph ___ lalu132 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu133 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu134 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu135 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu136 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu137 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu138 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu139 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu140 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Number
Title of Photograph ___ lalu141 _____
Date of First Publication ___ 20 ___ July ___ 2002 ___ Nation of First Publication ___ Singapore _____
                                    (Month)    (Day)    (Year)
Description of Photograph ___ (Optional) _____

Registration
for Group of
Published
Photographs
(continued)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | lalu142 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu143 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu144 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu145 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu146 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu147 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu148 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu149 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu150 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | lalu151 | |
| Date of First Publication | 20 (Month)   July (Day)   2002 (Year) | Nation of First Publication   Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu152 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu153 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu154 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu155 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu156 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu157 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | lalu158 | | | | |
| | Date of First Publication | 20 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat001 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat002 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat003 | | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy., Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat004 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat005 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat006 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat007 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat008 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat009 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat010 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat011 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat012 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat013 | | | |
| | Date of First Publication | 16 (Month) | July (Day) | 2002 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph muscat014

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat015

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat016

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat017

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat018

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat019

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat020

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat021

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat022

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**Number**

Title of Photograph muscat023

Date of First Publication 16 July 2002 Nation of First Publication Singapore

Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat024 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat025 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat026 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat027 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat028 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat029 | |
| Date of First Publication | 16 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub001 | |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub002 | |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub003 | |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | legianclub004 | |
| Date of First Publication | 12 (Month) July (Day) 2002 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000