# EXHIBIT 1-B

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub005 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub006 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub007 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub008 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub009 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub010 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub011 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub012 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub013 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legianclub014 | | |
| | Date of First Publication | 12 (Month) | July (Day) | 2002 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph — legianclub015

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian001

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian002

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian003

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian004

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian005

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — legian006

Date of First Publication — 12 (Month) — July (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph — phuket042

Date of First Publication — 2 (Month) — December (Day) — 2002 (Year) — Nation of First Publication — Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph

Date of First Publication — (Month) — (Day) — (Year) — Nation of First Publication

Description of Photograph (Optional)

---

Number

Title of Photograph

Date of First Publication — (Month) — (Day) — (Year) — Nation of First Publication

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

VA 1–432–326

‖‖‖‖‖‖‖‖‖‖
*VA0001432326*

EFFECTIVE DATE OF REGISTRATION

**12    30    2010**
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2007(A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 388 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼        Number ▼        Issue Date ▼        On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**  The Wave Design Pte. Ltd. (employer for hire of Masano Kawana)

**DATES OF BIRTH AND DEATH**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in __Singapore__

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☑ No
Pseudonymous?  ☐ Yes  ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☑ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b**  **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼        Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes  ☐ No
Pseudonymous?  ☐ Yes  ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork      ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed    **2007**
This information must be given in all cases.    Year in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month **Feb. 7 – July 6**    Day _____    Year **2007**
**Singapore**    Nation

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.;
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-30-2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.    • Sign the form at line 8.

**DO NOT WRITE HERE**

| EXAMINED BY | | **FORM VA** |
| CHECKED BY | | |
| ☐ CORRESPONDENCE<br>Yes | | **FOR<br>COPYRIGHT<br>OFFICE<br>USE<br>ONLY** |

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☑ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: **Previous Registration Number** ▼ **Year of Registration** ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. **Preexisting Material** Identify any preexisting work or works that this work is based on or incorporates. ▼

b. **Material Added to This Work** Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

**Name** ▼   **Account Number** ▼

Jennison & Shultz, P.C.   080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number ( 703 ) 415-1640    Fax number ( 703 ) 415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶

☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☑ authorized agent of **THE WAVE DESIGN PTE LTD**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin   Date   28 December 2010

Handwritten signature (X) ▼

X

**9**

| Certificate<br>will be<br>mailed in<br>window<br>envelope<br>to this<br>address: | **Name** ▼<br>Jennison & Shultz, PC |
| | **Number/Street/Apt** ▼<br>2001 Jefferson Davis Hwy.; Suite 1102 |
| | **City/State/Zip** ▼<br>Arlington, VA 22202-3604 |

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
### *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**R₁** VA 1 – 432 – 326

EFFECTIVE DATE OF REGISTRATION

*12*      *30*      *2010*
(Month)      (Day)      (Year)

CONTINUATION SHEET RECEIVED

Page *3* of *41* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author ____ THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant ____ THE WAVE DESIGN PTE. LTD. , 10A Trengganu Street, Singapore 058464

## B

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Number

Title of Photograph ____ chiangmai076
Date of First Publication ____ 7 ____ February ____ 2007
(Day) (Month) (Year)
Nation of First Publication ____ Singapore
Description of Photograph ____ (Optional)

Number

Title of Photograph ____ chiangmai077
Date of First Publication ____ 7 ____ February ____ 2007
(Day) (Month) (Year)
Nation of First Publication ____ Singapore
Description of Photograph ____ (Optional)

Number

Title of Photograph ____ chiangmai078
Date of First Publication ____ 7 ____ February ____ 2007
(Day) (Month) (Year)
Nation of First Publication ____ Singapore
Description of Photograph ____ (Optional)

Number

Title of Photograph ____ chiangmai079
Date of First Publication ____ 7 ____ February ____ 2007
(Day) (Month) (Year)
Nation of First Publication ____ Singapore
Description of Photograph ____ (Optional)

Number

Title of Photograph ____ chiangmai080
Date of First Publication ____ 7 ____ February ____ 2007
(Day) (Month) (Year)
Nation of First Publication ____ Singapore
Description of Photograph ____ (Optional)

**B**

| | Title of Photograph | chiangmai081 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai082 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai083 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai084 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai085 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai086 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai087 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai088 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai089 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | chiangmai090 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Name ▼
Jimison & Stotz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**Title of Photograph** chiangmai091

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**B**

**Title of Photograph** chiangmai092

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai093

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai094

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai095

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai096

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai097

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai098

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai099

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Title of Photograph** chiangmai100

**Date of First Publication** 7 February 2007 **Nation of First Publication** Singapore

**Description of Photograph**

**Name** Jenkson & Shultz, PC

**Number / Street / Apt** 2001 Jefferson Davis Hwy., Suite 1102

**City / State / Zip** Arlington, VA 22202-3604

**C**

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph ____ chiangmai101 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai102 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai103 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai104 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai105 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai106 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai107 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai108 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai109 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Title of Photograph ____ chiangmai110 _____

Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication ____ Singapore

Description of Photograph _____

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

| | |
|---|---|
| Title of Photograph | chiangmai111 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai112 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai113 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai114 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai115 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai116 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai117 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai118 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai119 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai120 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Jamison & Stolz, PC

2001 Jefferson Davis Hwy., Suite 1105

Arlington, VA 22202-3604

**B**

| Number | |
|---|---|
| Title of Photograph | chiangmai121 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai122 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai123 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai124 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai125 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai126 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai127 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai128 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai129 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

| Number | |
|---|---|
| Title of Photograph | chiangmai130 |
| Date of First Publication | 7  February  2007 |
| | (Month) (Day) (Year)  Nation of First Publication  Singapore |
| Description of Photograph (Optional) | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai131__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai132__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai133__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai134__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai135__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai136__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai137__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai138__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai139__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __chiangmai140__
Date of First Publication __7__ __February__ __2007__   Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Name ▼
__Jenkins & Shultz, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| | |
|---|---|
| Title of Photograph | chiangmai141 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai142 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai143 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai144 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai145 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai146 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai147 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai148 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai149 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chiangmai150 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | |

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __ chiangmai151 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai152 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai153 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai154 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai155 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai156 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai157 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai158 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai159 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

Title of Photograph __ chiangmai160 __
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore __
Description of Photograph __

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanisen & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph __ chiangmai161
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai162
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai163
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai164
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai165
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai166
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai167
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai168
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai169
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

Title of Photograph __ chiangmai170
Date of First Publication __ 7 __ February __ 2007 __ Nation of First Publication __ Singapore
Description of Photograph (Optional)

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ chiangmai171
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai172
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai173
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai174
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai175
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai176
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai177
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai178
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai179
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ chiangmai180
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ chiangmai181
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai182
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai183
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai184
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai185
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai186
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai187
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai188
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai189
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Title of Photograph _____ chiangmai190
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication _____ Singapore
Description of Photograph _____

Name ▼
Jacobson & Slade, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1160

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph __chiangmai191__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai192__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai193__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai194__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai195__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai196__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai197__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai198__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai199__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

Title of Photograph __chiangmai200__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__
                        Month    Day    Year

Description of Photograph _____

**C**

Name ▼
Saunders & Shults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai201
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai202
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai203
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai204
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai205
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai206
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai207
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai208
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai209
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai210
Date of First Publication    7    February    2007    Nation of First Publication    Singapore
Description of Photograph

**C**

Jennison & Shultz, PC

2001 Jefferson Davis Hwy.; Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph __chiangmai211__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai212__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai213__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai214__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai215__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai216__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai217__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai218__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai219__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

Title of Photograph __chiangmai220__

Date of First Publication __7__ __February__ __2007__    Nation of First Publication __Singapore__

Description of Photograph _____

**C**

Name ▼
__Ivanna & Siatis, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy., Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| | |
|---|---|
| Title of Photograph | chiangmai221 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai222 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai223 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai224 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai225 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai226 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai227 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai228 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai229 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

| | |
|---|---|
| Title of Photograph | chiangmai230 |
| Date of First Publication | 7 February 2007 |
| Nation of First Publication | Singapore |
| Description of Photograph | photo |

**C**

Name ▼
Jamison & Stoltz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for
Published
Photographs
(continued)

Title of Photograph ___ chiangmai231 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai232 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai233 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai234 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai235 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai236 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai237 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ chiangmai238 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ bkk001 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ bkk002 _____
Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jeanison & Shutte, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:
Library of Congress

**B**

Registration for Group of Published Photographs (continued)

| Title of Photograph | bkk003 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk004 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk005 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk006 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk007 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk008 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk009 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk010 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk011 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

| Title of Photograph | bkk012 | | | | |
| Date of First Publication | 7 | February | 2007 | Nation of First Publication | Singapore |
| | (Month) | (Day) | (Year) | | |
| Description of Photograph | (Optional) | | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph ___ bkk013 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk014 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk015 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk016 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ bkk017 _____

Date of First Publication ___ 7 ___ February ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai070 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai071 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai072 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai073 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

Title of Photograph ___ namhai074 _____

Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore ___

Description of Photograph ___

**C**

Name ▼
Jamison A. Birela, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai075
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai076
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai077
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai078
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai079
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai080
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai081
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai082
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai083
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai084
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ namhai085
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai086
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai087
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai088
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai089
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai090
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai091
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai092
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai093
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ namhai094
Date of First Publication ___ 6 ___ July ___ 2007 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Saxton & Stump, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ... namhai095

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai096

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai097

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai098

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai099

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai100

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai101

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai102

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai103

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

Title of Photograph ... namhai104

Date of First Publication ... 6 ... July ... 2007 ... Nation of First Publication ... Singapore

Description of Photograph ...

**C**

Name ▼
Joncas & Stein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — namhai105
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai106
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai107
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai108
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai109
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai110
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai111
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai112
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai113
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — namhai114
Date of First Publication — 6 — July — 2007 — Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604