# EXHIBIT 1-D

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat075 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat076 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat077 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat078 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat079 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat080 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat081 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat082 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat083 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | muscat084 | | | | |
| Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication | Singapore |
| Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Title of Photograph | muscat085 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat086 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat087 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat088 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat089 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat090 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat091 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat092 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat093 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | muscat094 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | Title of Photograph | muscat095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat096 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat097 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat098 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat099 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat100 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat101 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat102 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat103 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

| Number | Title of Photograph | muscat104 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat105 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat106 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat107 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat108 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat109 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat110 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat111 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat112 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat113 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | muscat114 | | | | | |
| Date of First Publication | 18 *(Month)* | March *(Day)* | 2003 *(Year)* | Nation of First Publication | Singapore | |
| Description of Photograph *(Optional)* | | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address:

| | |
|---|---|
| Name ▼ | Jennison & Sinitz, PC |
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register
  of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat115 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat116 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat117 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat118 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat119 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat120 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat121 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat122 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat123 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | muscat124 | | | |
| | Date of First Publication | 18 | March | 2003 | Nation of First Publication ___ Singapore |
| | | (Month) | (Day) | (Year) | |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of
Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat125 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat126 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat127 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat128 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat129 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat130 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat131 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat132 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat133 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | muscat134 | | | |
| | Date of First Publication | 18 (Month) | March (Day) | 2003 (Year) | Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph    muscat135
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat136
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat137
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat138
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat139
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat140
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat141
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat142
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat143
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    muscat144
Date of First Publication    18    March    2003    Nation of First Publication    Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | muscat145 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat146 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat147 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | muscat148 |
| Date of First Publication | 18 March 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | lalu159 |
| Date of First Publication | 30 October 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legian007 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legian008 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legian009 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legian010 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

| | |
|---|---|
| Title of Photograph | legian011 |
| Date of First Publication | 4 November 2003 Nation of First Publication Singapore |
| Description of Photograph | (Optional) |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Change of Published Derivative Confirmation

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian012 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian013 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian014 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian015 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian016 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian017 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian018 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian019 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian020 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | | | | |
|---|---|---|---|---|
| Number | Title of Photograph | legian021 | | |
| | Date of First Publication | 4 November 2003 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph  legian022

Date of First Publication  4  November  2003  (Month)  (Day)  (Year)  Nation of First Publication  Singapore

Description of Photograph  (Optional)

**Number**

Title of Photograph  legian023

Date of First Publication  4  November  2003  (Month)  (Day)  (Year)  Nation of First Publication  Singapore

Description of Photograph  (Optional)

**Number**

Title of Photograph  legian024

Date of First Publication  4  November  2003  (Month)  (Day)  (Year)  Nation of First Publication  Singapore

Description of Photograph  (Optional)

**Number**

Title of Photograph  legian025

Date of First Publication  4  November  2003  (Month)  (Day)  (Year)  Nation of First Publication  Singapore

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**Number**

Title of Photograph

Date of First Publication  (Month)  (Day)  (Year)  Nation of First Publication

Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material
MAIL TO:
Library of Congress
Copyright Office-COHM
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration



This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts

**VA 1 – 432 – 329**

**EFFECTIVE DATE OF REGISTRATION**

12     29     2010
Month   Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**1**

**Title of This Work ▼**
Wave-s Photographs 2004

**NATURE OF THIS WORK ▼** See instructions
Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 462 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. **Title of Collective Work ▼**

If published in a periodical or serial give  **Volume ▼**    **Number ▼**    **Issue Date ▼**    **On Pages ▼**

---

**2**

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**a** **NAME OF AUTHOR ▼**
Wave-s

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☒ No
Pseudonymous?  ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

**b** **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous?    ☐ Yes ☐ No
Pseudonymous?  ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). **See instructions**
☐ 3-Dimensional sculpture    ☐ Map    ☐ Technical drawing
☐ 2-Dimensional artwork    ☐ Photograph    ☐ Text
☐ Reproduction of work of art    ☐ Jewelry design    ☐ Architectural work

---

**3**

**a** **Year in Which Creation of This Work Was Completed**    2004
This information must be given in all cases.
Year in all cases.

**b** **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
March 12 – Oct. 20 2004
Month    Day    Year
Singapore    Nation

---

**4**

See instructions before completing this space.

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼
WAVE-S
46 South Bridge Road, #04-02 Kingly Building, Singapore 058679

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

**APPLICATION RECEIVED**
12-24 2010
**ONE DEPOSIT RECEIVED**

**TWO DEPOSITS RECEIVED**

**FUNDS RECEIVED**

**DO NOT WRITE HERE**

EXAMINED BY _____  **FORM VA**

CHECKED BY _____

☐ CORRESPONDENCE
☐ Yes

**FOR
COPYRIGHT
OFFICE
USE
ONLY**

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**5 PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No  If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼ _____  Year of Registration ▼ _____

**6 DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**7 DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼  Jennison & Shultz, P.C.

Account Number ▼  080519

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

Area code and daytime telephone number  (703 ) 415-1640    Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**8 CERTIFICATION** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of  **WAVE-S**

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kin Yin    Date  28 December 2010

Handwritten signature (X) ▼

**9**

Certificate will be mailed in window envelope to this address:

Name ▼  Jennison & Shultz, PC

Number/Street/Apt ▼  2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼  Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-329**

EFFECTIVE DATE OF REGISTRATION

*12*     *29*     *2010*
(Month)   (Day)   (Year)

CONTINUATION SHEET RECEIVED

Page   *3*   of   *79*   pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY

## A  Identification of Application

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author _____ **WAVE-S** _____

Name of Copyright Claimant _____ **WAVE-S, 46 South Bridge Road, #04-02 Kingly Building, Singapore 058679** _____

## B  Registration for Group of Individual Photographs

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within a calendar year (see instructions), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela001 | | | | |
| Date of First Publication | 12 (Month) | March (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela002 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela003 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela004 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela005 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**B**

Title of Photograph: leela006
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela007
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela008
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela009
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela010
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela011
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela012
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela013
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela014
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: leela015
Date of First Publication: 12 March 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Jennison & Shultz, PC

Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip: Arlington, VA 22202-3604

**B**

Title of Photograph  leela016

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela017

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela018

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela019

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela020

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela021

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela022

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela023

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela024

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

Title of Photograph  leela025

Date of First Publication  12  March  2004  Nation of First Publication  Singapore

Description of Photograph

---

**C**

Certificate will be mailed in window envelope to this address

Name  Jamison & Shultz, PC

Number / Street / Apt  2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip  Arlington, VA 22202-3604

**B**

Title of Photograph     leela026
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela027
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela028
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela029
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela030
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela031
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela032
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela033
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela034
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

Title of Photograph     leela035
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
Description of Photograph

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela036 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela037 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela038 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela039 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela040 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela041 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela042 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela043 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela044 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

| | Title of Photograph | leela045 | | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| Description of Photograph | | | | | | |

**C**

Jacobson & Shatz, PC

2011 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph     leslie046
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie047
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie048
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie049
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie050
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie051
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie052
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie053
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie054
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

Title of Photograph     leslie055
Date of First Publication     12     March     2004     Nation of First Publication     Singapore
                              Day        Month        Year
Description of Photograph     none

**C**

Name ▼
Jablone & Brune, PC

Street, Street, Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State, Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela056 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela057 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela058 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela059 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela060 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela061 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela062 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela063 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela064 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

| | Title of Photograph | leela065 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | photo | | | | | |

**C**

Name 9
Jacobson & Holtz, PC

Number / Street / Apt 9
2300 Jefferson Davis Hwy ; Suite 1102

City / State / Zip 9
Arlington, VA 22202-3604

**B**

| | | |
|---|---|---|
| Title of Photograph | leela066 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela067 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela068 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela069 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela070 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela071 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela072 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela073 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela074 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

| | | |
|---|---|---|
| Title of Photograph | leela075 | |
| Date of First Publication | 12  March  2004 | Nation of First Publication  Singapore |
| Description of Photograph | | |

**C**

Name ▼
Jennison & Shultz, PC.

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela076 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela077 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela078 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela079 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela080 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela081 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela082 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela083 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela084 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | leela085 | | | | |
| Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | leela | | | | |

**C**

Jacobson & Shalla, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | leela086 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela087 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela088 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela089 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela090 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela091 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela092 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela093 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela094 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| | Title of Photograph | leela095 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | March | 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

**C**

Name ▼
Stephen A. Stohn, PC

Number and Street ▼
2461 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3804

**B**

Title of Photograph — leela096
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela097
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela098
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela099
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela100
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela101
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela102
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela103
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela104
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

Title of Photograph — leela105
Date of First Publication — 12 March 2004   Nation of First Publication — Singapore
Description of Photograph

**C**

Name ▾
Josiah & Suju, PC

Number / Street / etc. ▾
2301 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▾
Arlington, VA 22202-3604

Title of Photograph    leela106
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela107
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela108
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela109
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela110
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela111
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela112
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela113
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela114
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela115
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

B

Ralston & Marks PC

4061 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-1604

C

**B**

| | | |
|---|---|---|
| Title of Photograph | leela116 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela117 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela118 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela119 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela120 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela121 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela122 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela123 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela124 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

| | | |
|---|---|---|
| Title of Photograph | leela125 | |
| Date of First Publication | 12 March 2004 | Nation of First Publication  Singapore |
| Description of Photograph | leela | |

**C**

Name of
Bickford & Quidir, PC

Number / Street / Apt #
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip #
Arlington, VA 22202-3604

**B**

Title of Photograph   leela126
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela127
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela128
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela129
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela130
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela131
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela132
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela133
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela134
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph   leela135
Date of First Publication   12   March   2004   Nation of First Publication   Singapore
Description of Photograph

**C**

2231 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (Continued)

| | |
|---|---|
| Title of Photograph | leela136 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela137 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela138 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela139 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela140 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela141 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela142 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela143 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela144 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

| | |
|---|---|
| Title of Photograph | leela145 |
| Date of First Publication | 12 (Month) March (Day) 2004 (Year) Nation of First Publication Singapore |
| Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Fennison & Shults, PC.

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    leela146
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela147
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela148
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela149
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela150
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela151
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela152
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela153
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela154
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    leela155
Date of First Publication    12    March    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Dolgino & Kuhn, PC

Number / Street / Apt #
3001 Jefferson Davis Hwy, Suite 1105

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph  leela156
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela157
Date of First Publication  12  March  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela158
Date of First Publication  12  April  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela159
Date of First Publication  12  April  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  leela160
Date of First Publication  11  June  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  seta001
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  seta002
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  seta003
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  seta004
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  seta005
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Jackson & Shultz, PC

2011 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph: setai006
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai007
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai008
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai009
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai010
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai011
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai012
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai013
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai014
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: setai015
Date of First Publication: 30 May 2004    Nation of First Publication: Singapore
Description of Photograph:

**C**

Name: Stephens & Stutz, PC
Number/Street/Apt #: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai016
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai017
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai018
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai019
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai020
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai021
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai022
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai023
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai024
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

Title of Photograph ___ setai025
Date of First Publication ___ 30 ___ May ___ 2004 ___ Nation of First Publication ___ Singapore
Description of Photograph

**C**

Certificate
will be mailed
in window
envelope to
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000