# EXHIBIT 1-E

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph ——— setai026

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai027

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai028

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai029

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai030

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai031

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai032

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai033

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai034

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

Title of Photograph ——— setai035

Date of First Publication    30         May       2004       Nation of First Publication ——— Singapore
                              Month       Day       Year

Description of Photograph ——— Picture

**C**

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  setail036
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setail037
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setail038
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setail039
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setail040
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  setail041
Date of First Publication  30  May  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub001
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub002
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub003
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

Title of Photograph  chediclub004
Date of First Publication  12  August  2004  Nation of First Publication  Singapore
Description of Photograph

**C**

Jameson & Hadley, PC
2001 Jefferson Davis Hwy., Suite 1102
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chediclub005 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub006 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub007 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub008 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub009 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub010 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub011 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub012 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub013 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | chediclub014 |
| Date of First Publication | 12  August  2004 |
| | Nation of First Publication  Singapore |
| Description of Photograph | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph   chediclub015
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub016
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub017
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub018
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub019
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub020
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub021
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub022
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub023
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

Title of Photograph   chediclub024
Date of First Publication   12   August   2004   Nation of First Publication   Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenison & Shultz, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __chefliclub025__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub026__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub027__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub028__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub029__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub030__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub031__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub032__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub033__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

Title of Photograph __chefliclub034__
Date of First Publication __12__ __August__ __2004__   Nation of First Publication __Singapore__
Description of Photograph

**C**

Name ▼
Scanlon & Burke, PC

Number/Street/Apt ▼
2500 Jefferson Davis Hwy., Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3804

**B**

Title of Photograph — chediclub035
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub036
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub037
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub038
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub039
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub040
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub041
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub042
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub043
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

Title of Photograph — chediclub044
Date of First Publication  12  August  2004   Nation of First Publication  Singapore
Description of Photograph — none

**C**

Name ▼
Levenfeld & Slattis, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / Town / State ▼
Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub045 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub046 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub047 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub048 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub049 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub050 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub051 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub052 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub053 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | chediclub054 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | Month | Date | Year | | |
| Description of Photograph | | | | | |

**C**

Name
Jenkins & Gista, PC

Number/Street/Apt
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip
Arlington, VA 22202-3604

**B**

| Number | Title of Photograph | chediclub055 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub056 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub057 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub058 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub059 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub060 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub061 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub062 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub063 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | chediclub064 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 (Month) | August (Day) | 2004 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jenison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

**B**

Title of Photograph    chediclub065

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub066

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub067

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub068

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub069

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub070

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub071

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub072

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub073

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

Title of Photograph    chediclub074

Date of First Publication    12    August    2004    Nation of First Publication    Singapore

Description of Photograph

---

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    chedichub075
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub076
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub077
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub078
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub079
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub080
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub081
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub082
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub083
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

Title of Photograph    chedichub084
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                                    day      month        year
Description of Photograph

---

**C**

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub085 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub086 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub087 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub088 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub089 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub090 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub091 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub092 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub093 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | chediclub094 | | |
| Date of First Publication | 12    August    2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub095 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub096 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub097 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub098 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub099 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub100 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub101 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub102 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub103 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | chedichub104 | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Name V
Jennings & Stelz, PC

Number/Street/Apt V
3601 Jefferson Davis Hwy., Suite 1102

City/State/Zip V
Arlington VA 22300-3694

**B**

Title of Photograph    chediclub105
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub106
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub107
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub108
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub109
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub110
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub111
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub112
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub113
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chediclub114
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chediclub115 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub116 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub117 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub118 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub119 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub120 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub121 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub122 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub123 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

| | Title of Photograph | chediclub124 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore | |
| | Description of Photograph | | | | | | |

Name ▼
Bassford & Shafin, PC

Number / Street / Apt ▼
3811 Jefferson Davis Hwy , Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph: chedichub125
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub126
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub127
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub128
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub129
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub130
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub131
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub132
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub133
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chedichub134
Date of First Publication: 12 August 2004 Nation of First Publication: Singapore
Description of Photograph:

**C**

Ivankow & Shahi, PC

2006 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | Title of Photograph | chediclub135 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | chediclub136 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | chediclub137 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | chediclub138 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | chediclub139 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | legianclub017 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | legianclub018 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | legianclub019 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | legianclub020 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

| | Title of Photograph | legianclub021 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | None | | | | |

**C**

Name #
Harness & Dickey, PC

Number/Street/Apt #
2801 Jefferson Davis Hwy., Suite 1102

City/Town/Zip #
Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | legianclub022 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian025 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian027 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian028 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian029 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian030 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian031 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian032 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian033 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

| | |
|---|---|
| Title of Photograph | legian034 |
| Date of First Publication | 12  August  2004 |
| | Month  Day  Year |
| Nation of First Publication | Singapore |
| Description of Photograph |

**C**

Joselson & Rinke, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | legian035 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian036 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian037 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian038 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian039 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian040 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian041 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian042 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian043 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

| | |
|---|---|
| Title of Photograph | legian044 |

Date of First Publication  12  August  2004  Nation of First Publication  Singapore

Description of Photograph

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenkens & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | legian045 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian046 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian047 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian048 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian049 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian050 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian051 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian052 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian053 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | legian054 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 August 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**C**

Name: Jennison & Shultz, PC
Number / Street / Apt: 2001 Jefferson Davis Hwy.; Suite 1102
City / State / Zip: Arlington, VA 22202-3604

**B**

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian055 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian056 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian057 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian058 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian059 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian060 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian061 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian062 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian063 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | legian064 | | | | |
| Date of First Publication | 12 | August | 2004 | Nation of First Publication | Singapore |
| Description of Photograph | none | | | | |

**C**

Name ▼
Dunlap & Grubb PC

Number/Street/Apt ▼
2461 Jefferson Davis Hwye Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    legian065
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chediclub140
Date of First Publication    12    August    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai001
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai002
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai003
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai004
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai005
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai006
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai007
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

Title of Photograph    chiangmai008
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
                              (Month)    (Day)    (Year)
Description of Photograph (Optional)

**C**

Certificate
will be mailed
in window
envelope in
this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai009 | |
|---|---|---|---|
| | Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

| | Title of Photograph | chiangmai010 | |
|---|---|---|---|
| | Date of First Publication | 20 October 2004 | Nation of First Publication | Singapore |
| | Description of Photograph | | |

Title of Photograph chiangmai011
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai002
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai013
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai014
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai015
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai016
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai017
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

Title of Photograph chiangmai018
Date of First Publication 20 October 2004 Nation of First Publication Singapore
Description of Photograph

**C**

Name Jennison & Shultz, PC
Number/Street/Apt 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip Arlington, VA 22202-3604

**B**

| | Title of Photograph | chiangmai019 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai020 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai021 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai022 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai023 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai024 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai025 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai026 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai027 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

| | Title of Photograph | chiangmai028 | | | | |
| Number | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Month | Day | Year | | |
| | Description of Photograph | Extent | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai029
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai030
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai031
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai032
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai033
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai034
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai035
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai036
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai037
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

Title of Photograph: chiangmai038
Date of First Publication: 20 October 2004    Nation of First Publication: Singapore
Description of Photograph: _____

**C**

Name ▼
Jacobson & Kuilu, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph: chiangmai039
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai040
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai041
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai042
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai043
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai044
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai045
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai046
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai047
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

Title of Photograph: chiangmai048
Date of First Publication: 20 October 2004 Nation of First Publication: Singapore
Description of Photograph:

**C**

Ivanhoe & Banks, PC
2011 Jefferson Davis Hwy - Suite 1102
Arlington, VA 22202-3604

**B**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai049 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai050 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai051 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai052 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai053 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai054 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai055 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai056 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai057 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

| | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | chiangmai058 | | | | |
| | Date of First Publication | 20 | October | 2004 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | | | | | |

**C**

Wood & Hollis, PC

2001 Jefferson Davis Hwy, Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph    chiangmai059
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai060
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai061
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai062
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai063
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai064
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai065
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai066
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai067
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    chiangmai068
Date of First Publication    20    October    2004    Nation of First Publication    Singapore
Description of Photograph

**C**

Ivaniszyn M. Ikula, PC

2001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

| | |
|---|---|
| Title of Photograph | chiangmai069 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai070 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai071 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai072 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai073 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai074 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

| | |
|---|---|
| Title of Photograph | chiangmai075 |
| Date of First Publication | 20 October 2004 |
| Nation of First Publication | Singapore |

**C**

Name: Jennison & Shultz, PC
Number/Street/Apt: 2001 Jefferson Davis Hwy., Suite 1102
City/State/Zip: Arlington, VA 22202-3604

# Certificate of Registration



**Form VA**
For a Work of the Visual Arts

This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

VA 1–432–330

*Maria A. Pallante*

Acting Register of Copyrights, United States of America

**EFFECTIVE DATE OF REGISTRATION**

| 12 | 29 | 2010 |
|----|----|------|
| Month | Day | Year |

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd.  Photographs 2006

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 362 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼     Number ▼     Issue Date ▼     On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**  The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼     Year Died ▼

Was this contribution to the work a "work made for hire"?
☑ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in  Singapore

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☑ No
Pseudonymous? ☐ Yes ☑ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☑ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**  **Name of Author ▼**

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

Author's Nationality or Domicile
Name of Country
OR { Citizen of _____
Domiciled in _____

**Dates of Birth and Death**
Year Born ▼     Year Died ▼

Was This Author's Contribution to the Work
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture   ☐ Map   ☐ Technical drawing
☐ 2-Dimensional artwork   ☐ Photograph   ☐ Text
☐ Reproduction of work of art   ☐ Jewelry design   ☐ Architectural work

## 3

**a**  Year in Which Creation of This Work Was Completed   2006   Year

This information must be given in all cases.

**b**  Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month 8/23 Day 12/12/2006 Year 2006
Nation SIngapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.,
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-14-2010

ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

MORE ON BACK ▶  • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

Page 1 of ___ pages

EXAMINED BY

CHECKED BY

FORM VA

CORRESPONDENCE
☐ Yes

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes  ☒ No   If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

a

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                                    Account Number ▼

Jennison & Shultz, P.C.                     080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 )415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶  ☐ author
                  ☐ other copyright claimant
                  ☐ owner of exclusive right(s)
                  ☒ authorized agent of   THE WAVE DESIGN PTE LTD

Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                        Date  28 December 2010

Handwritten signature (X) ▼

X

**CERTIFICATE** (obscured)

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*

**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1-432-330

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form *may not* be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at www.copyright.gov, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12 (Month)   29 (Day)   2010 (Year)

**CONTINUATION SHEET RECEIVED**

Page 3 of 39 pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A

**Identification of Application**

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author — THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant — THE WAVE DESIGN PTE. LTD., 10A Trengganu Street, Singapore 058464

## B

**Registration for Group of Published Photographs**

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

Title of Photograph — milan001
Date of First Publication — 23 (Month) August (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — milan002
Date of First Publication — 23 (Month) August (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — milan003
Date of First Publication — 23 (Month) August (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — milan004
Date of First Publication — 23 (Month) August (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)

Title of Photograph — milan005
Date of First Publication — 23 (Month) August (Day) 2006 (Year)   Nation of First Publication — Singapore
Description of Photograph (Optional)