# EXHIBIT 1-F

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan026 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan027 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan028 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan029 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan030 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan031 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan032 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan033 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan034 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

| Number | | | | | | | |
|---|---|---|---|---|---|---|---|
| | Title of Photograph | milan035 | | | | | |
| | Date of First Publication | 23 (Month) | August (Day) | 2006 (Year) | Nation of First Publication | Singapore | |
| | Description of Photograph (Optional) | | | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. S.E.
Washington, DC 20559-6000

**B**

Title of Photograph __milan036__
Date of First Publication __23__ __August__ __2005__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan037__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan038__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan039__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan040__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan041__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan042__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan043__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan044__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

Title of Photograph __milan045__
Date of First Publication __23__ __August__ __2006__ Nation of First Publication __Singapore__
Description of Photograph _____

**C**

Gordon A. Shultz, PC

2001 Jefferson Davis Hwy - Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ..... milan046
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan047
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan048
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan049
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan050
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan051
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan052
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan053
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan054
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... milan055
Date of First Publication ..... 23  August  2006  Nation of First Publication ..... Singapore
Description of Photograph .....

**C**

Name
Fenwick & Shultz, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

**B**

Title of Photograph ___ milan056
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan057
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan058
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan059
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan060
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan061
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan062
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan063
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan064
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan065
Date of First Publication __ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jandson & Biritz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

**Title of Photograph** milan066
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan067
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan068
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan069
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan070
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan071
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan072
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** milan073
**Date of First Publication** 23 (Month) August (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** seraiclub001
**Date of First Publication** 4 (Month) September (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**Title of Photograph** seraiclub002
**Date of First Publication** 4 (Month) September (Day) 2006 (Year) **Nation of First Publication** Singapore
**Description of Photograph** (Optional)

**C**

Certificate will be mailed in window envelope to this address:

**Name ▼**
Jennison & Shultz, PC
**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102
**City / State / Zip ▼**
Arlington, VA 22202-3604

**B**

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub003 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub004 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub005 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub006 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub007 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub008 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub009 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub010 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub011 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | seraiclub012 | |
| Date of First Publication | 4 September 2006 | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Sinitz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.: Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph  seraiclub013
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub014
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub015
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub016
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub017
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub018
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub019
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub020
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub021
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**Number**

Title of Photograph  seraiclub022
Date of First Publication  4  September  2006   Nation of First Publication  Singapore
(Month)  (Day)  (Year)
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**YOU MUST:**
• Complete all necessary spaces
• Sign your application in space 8

**SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:**
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

**MAIL TO:**
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Title of Photograph __seraiclub023__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub024__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub025__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub026__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub027__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub028__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub029__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub030__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub031__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

Title of Photograph __seraiclub032__

Date of First Publication __4__ __September__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __

**C**

Name ▼
__Tenrikan & Slachs, PC__

Number / Street / Apt ▼
__2001 Jefferson Davis Hwy.; Suite 1102__

City / State / Zip ▼
__Arlington, VA 22202-3604__

**B**

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub033 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub034 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub035 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub036 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub037 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub038 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub039 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub040 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub041 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seraiclub042 | | | |
| | Date of First Publication | 4 September 2006 | Nation of First Publication | Singapore | |
| | | (Month) (Day) (Year) | | | |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue, SE
Washington, DC 20559-6000

**B**

Title of Photograph — seraiclub043
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub044
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub045
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub046
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub047
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub048
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub049
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub050
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub051
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

Title of Photograph — seraiclub052
Date of First Publication — 4    September    2006    Nation of First Publication — Singapore
Description of Photograph —

**C**

Name ▼
Jandras & Shahi, PC

Number / Street / Apt ▼
2011 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | | | |
|---|---|---|---|
| Title of Photograph | legian066 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian067 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian068 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian069 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian070 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian071 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian072 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian073 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian074 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| | | | |
|---|---|---|---|
| Title of Photograph | legian075 | | |
| Date of First Publication | 4 | October | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Jacobson & Rhule, PC

3001 Jefferson Davis Hwy., Suite 1102

Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian076
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian077
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian078
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian079
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian080
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian081
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian082
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian083
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian084
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ legian085
Date of First Publication ___ 4 ___ October ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Jacobson & Sholtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ legian086
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian087
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian088
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian089
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian090
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian091
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian092
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian093
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian094
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

Title of Photograph _____ legian095
Date of First Publication ___4___ _October_ _2006_    Nation of First Publication _____ Singapore
                        Month   Day   Year
Description of Photograph _____

**C**

Name ▼
Jacobson & Shults, PC

Number / Street / Apt ▼
2901 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ..... legian096
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian097
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian098
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian099
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian100
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian101
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian102
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian103
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian104
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

Title of Photograph ..... legian105
Date of First Publication ..... 4 ..... October ..... 2006 ..... Nation of First Publication ..... Singapore
Description of Photograph .....

**C**

Name ▼
Knstina & Shalu, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __legian106__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian107__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian108__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian109__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian110__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian111__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian112__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian113__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian114__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Title of Photograph __legian115__

Date of First Publication __4__ __October__ __2006__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ legian116
Date of First Publication __4__ __October__ __2005__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ legian117
Date of First Publication __4__ __October__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ legian118
Date of First Publication __4__ __October__ __2005__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ legian119
Date of First Publication __4__ __October__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ legian120
Date of First Publication __4__ __October__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ setai393
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ setai394
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ setai395
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ setai396
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

Title of Photograph ___ setai397
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___Singapore
Description of Photograph ___

**C**

Name ▼
Jacobson & Holtz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ setai398

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai399

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai400

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai401

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai402

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai403

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai404

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai405

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai406

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

Title of Photograph _____ setai407

Date of First Publication __12__ __December__ __2006__    Nation of First Publication _____ Singapore

Description of Photograph _____

**C**

Name ▼
Dunlap & Stults, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ setai408
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai409
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai410
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai411
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai412
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai413
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai414
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai415
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai416
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

Title of Photograph ___ setai417
Date of First Publication __ 12 __ December __ 2006 __ Nation of First Publication ___ Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jenison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    setai418
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai419
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai420
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai421
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai422
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai423
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai424
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai425
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai426
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    setai427
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name
Jackson & Shelts, PC

Number / Street / Apt
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip
Arlington, VA 22202-3604

Title of Photograph ___ setai428 ___ **B**

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino001 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino002 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino003 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino004 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino005 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino006 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino007 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino008 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Title of Photograph ___ mendocino009 ___

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___ Singapore ___

Description of Photograph ___ layout ___

Name ▼
Kimbrough & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

| Title of Photograph | mendocino010 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino011 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino012 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino013 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino014 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino015 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino016 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino017 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino018 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

| Title of Photograph | mendocino019 | | |
|---|---|---|---|
| Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | |

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph _____ mendocino020 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino021 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino022 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino023 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino024 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino025 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino026 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino027 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino028 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

Title of Photograph _____ mendocino029 _____
Date of First Publication __12___ December ___2006___ Nation of First Publication _____ Singapore
Description of Photograph ___none___

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2601 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph    mendocino030
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino031
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino032
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino033
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino034
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino035
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino036
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino037
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino038
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino039
Date of First Publication   12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jenkins & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | mendocino040 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino041 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino042 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino043 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino044 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino045 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino046 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino047 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino048 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

| | Title of Photograph | mendocino049 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| | | Day | Month | Year | | |
| | Description of Photograph | digital | | | | |

**C**

Name ▼
Abelman & Shalu, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph  mendocino050
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino051
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino052
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino053
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino054
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino055
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino056
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino057
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino058
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

Title of Photograph  mendocino059
Date of First Publication  12   December   2006   Nation of First Publication   Singapore
Description of Photograph

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph ___ mendocino060
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino061
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino062
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino063
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino064
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino065
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino066
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino067
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino068
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ mendocino069
Date of First Publication __ 12 ___ December ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Kimbrew & Shailn, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / Town / St ▼
Arlington, VA 22202-3604

**B**

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino070 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino071 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino072 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino073 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino074 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino075 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino076 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino077 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino078 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

| | | | | |
|---|---|---|---|---|
| Title of Photograph | mendocino079 | | | |
| Date of First Publication | 12 | December | 2006 | Nation of First Publication | Singapore |
| Description of Photograph | | | | |

**C**

Name ▼
Kauhorn & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration for Published or Unpublished Photographs (continued)

| | |
|---|---|
| Title of Photograph | mendocino080 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino081 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino082 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino083 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino084 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino085 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino086 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino087 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino088 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

| | |
|---|---|
| Title of Photograph | mendocino089 |
| Date of First Publication | 12 December 2006 Nation of First Publication Singapore |
| Description of Photograph | |

Certificate will be mailed in window envelope to this address:

Name ▼
Jeanison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph    mendocino090
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino091
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino092
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino093
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino094
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino095
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino096
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino097
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino098
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

Title of Photograph    mendocino099
Date of First Publication    12    December    2006    Nation of First Publication    Singapore
Description of Photograph

**C**

Name ▼
Jacobson & Shube, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

Title of Photograph — mendocino100

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

**B**

Title of Photograph — mendocino101

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino102

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino103

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino104

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino105

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino106

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino107

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino108

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — mendocino109

Date of First Publication — 12 — December — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Name ▼
Jimenez & Rode, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

**B**

Title of Photograph ___ mendocino110 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino111 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino112 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino113 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino114 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino115 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino116 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino117 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino118 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

Title of Photograph ___ mendocino119 _____

Date of First Publication __12__ __December__ __2006__    Nation of First Publication ___Singapore___

Description of Photograph ____

**C**

Name ▼
Jameson & Shake, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

**B**

| | Title of Photograph | mendocino120 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino121 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino122 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino123 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino124 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino125 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino126 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino127 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino128 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

| | Title of Photograph | mendocino129 | | |
|---|---|---|---|---|
| | Date of First Publication | 12 December 2006 | Nation of First Publication | Singapore |
| | Description of Photograph | | | |

**C**

Name ▼
Jonathan E. Stein, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy - Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3504

**B**

Title of Photograph ___ mendocino130 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino131 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino132 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino133 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino134 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino135 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino136 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino137 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino138 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

Title of Photograph ___ mendocino139 _____
Date of First Publication __12__ __December__ __2006__ Nation of First Publication ___ Singapore _____
Description of Photograph _____

**C**

Name ▼
Jonsson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph __mendocino140__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino141__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino142__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino143__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino144__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino145__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph __mendocino146__
Date of First Publication __12__ __December__ __2006__ Nation of First Publication __Singapore__
Description of Photograph __None__

Title of Photograph
Date of First Publication Nation of First Publication
Description of Photograph __None__

Title of Photograph
Date of First Publication Nation of First Publication
Description of Photograph __None__

Title of Photograph
Date of First Publication Nation of First Publication
Description of Photograph __None__

**C**

Name ▼
Jacobson & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy ; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.



Acting Register of Copyrights, United States of America

**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

**VA 1-432-331**

*VA0001432331*

**EFFECTIVE DATE OF REGISTRATION**

12    30    2010
Month    Day    Year

---

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

## 1

**Title of This Work ▼**

The Wave Pte. Ltd. Photographs 2005 (A)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**

Group Registration / Published Photos - 327 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**NAME OF AUTHOR ▼**

**a**   The Wave Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

**NOTE**

Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in Singapore

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☒ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR { Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See Instructions
☐ 3-Dimensional sculpture ☐ Map ☐ Technical drawing
☐ 2-Dimensional artwork ☐ Photograph ☐ Text
☐ Reproduction of work of art ☐ Jewelry design ☐ Architectural work

## 3

**a** Year in Which Creation of This Work Was Completed   2005
This information must be given in all cases.

**b** Date and Nation of First Publication of This Particular Work
Complete this information ONLY if this work has been published.
Month Jan. 18 – June 15 Day   Year 2005
Nation Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE PTE. LTD.;
36 Sago Street, Singapore 059027

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

See instructions before completing this space.

---

**MORE ON BACK ▶** • Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions.   • Sign the form at line 8.

DO NOT WRITE HERE
3/6