# EXHIBIT 1-G

THE WAVE STUDIO, LLC
COMPLAINT

**B**

Title of Photograph ___ milan006
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan007
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan008
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan009
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan010
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan011
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan012
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan013
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan014
Date of First Publication ___ 23 ___ August ___ 2006 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

Title of Photograph ___ milan015
Date of First Publication ___ 23 ___ August ___ 2005 ___ Nation of First Publication ___ Singapore
Description of Photograph ___

**C**

Name ▼
Foinkou & Shuku, PC
Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102
City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Title of Photograph — milan016

Date of First Publication — 23 — August — 2005 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan017

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan018

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan019

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan020

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan021

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan022

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan023

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan024

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

Title of Photograph — milan025

Date of First Publication — 23 — August — 2006 — Nation of First Publication — Singapore

Description of Photograph —

**C**

Name ▼
Simkon & Blasia, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy : Suite 1102

City / State / Zip ▼
Arlington VA 22202-3604

EXAMINED BY

CHECKED BY

CORRESPONDENCE
☒ Yes (Inside 1st 1-543173181)

FORM VA

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?

☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼

a. ☐ This is the first published edition of a work previously registered in unpublished form.

b. ☐ This is the first application submitted by this author as copyright claimant.

c. ☐ This is a changed version of the work, as shown by space 6 on this application.

If your answer is "Yes," give: Previous Registration Number ▼          Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.

a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

**6**

a

See instructions
before completing
this space.

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.

Name ▼                          Account Number ▼

Jennison & Shultz, P.C.                          080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number  ( 703 ) 415-1640          Fax number  ( 703 ) 415-0788

Email  John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of     THE WAVE PTE LTD
Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.

Lee Kar Yin                                    Date  28 December 2010

Handwritten signature (X) ▼

X

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/ZIP ▼
Arlington, VA 22202-3604

**9**

• Complete all necessary spaces
• Sign your application in space 8

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money
order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

*17 USC §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
*for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1–432–331



- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

USE ONLY WITH FORM VA

**EFFECTIVE DATE OF REGISTRATION**

12 (Month)    30 (Day)    2010 (Year)

**CONTINUATION SHEET RECEIVED**

Page __3__ of __36__ pages

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

---

**A**
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author     THE WAVE PTE. LTD.

Name of Copyright Claimant     THE WAVE PTE. LTD.;  36 Sago Street, Singapore 059027

---

**B**
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year *(see instructions)*, give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | | |
|---|---|---|
| Title of Photograph | andaman001 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman002 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman003 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman004 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman005 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication    Singapore |
| Description of Photograph (Optional) | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | andaman006 | | | | | **B** |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | Registration for Group of Published Photographs (continued) |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman007 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman008 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman009 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman010 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman011 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman012 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman013 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman014 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | andaman015 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman016 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman017 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman018 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman019 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman020 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman021 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman022 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman023 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman024 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| Number | Title of Photograph | andaman025 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application Form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office 101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | andaman026 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman027 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman028 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman029 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman030 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman031 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman032 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman033 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman034 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman035 | |
| Date of First Publication | 15 (Month) June (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph **andaman036**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Registration for Group of Published Photographs (continued)

Number

Title of Photograph **andaman037**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman038**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman039**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman040**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman041**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman042**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman043**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman044**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

Number

Title of Photograph **andaman045**

Date of First Publication  **15**  **June**  **2005**    Nation of First Publication  **Singapore**

(Month)  (Day)  (Year)

Description of Photograph  (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| Title of Photograph | andaman046 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman047 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman048 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman049 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman050 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman051 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman052 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman053 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman054 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | andaman055 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | andaman056 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman057 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman058 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman059 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman060 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman061 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman062 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman063 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman064 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

| Number | | |
|---|---|---|
| | Title of Photograph | andaman065 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)  Nation of First Publication  Singapore |
| | Description of Photograph | (Optional) |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | andaman066 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai001 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai002 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai003 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai004 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai005 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai006 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai007 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai008 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai009 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | |
|---|---|---|
| | Title of Photograph | datai010 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai011 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai012 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai013 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai014 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai015 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai016 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai017 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai018 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai019 |
| | Date of First Publication | 15 (Month) June (Day) 2005 (Year)   Nation of First Publication   Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| | Title of Photograph | datai020 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai021 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai022 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai023 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai024 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai025 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai026 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai027 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai028 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

| Number | | |
|---|---|---|
| | Title of Photograph | datai029 |
| | Date of First Publication | 15 (Month)  June (Day)  2005 (Year)   Nation of First Publication  Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | datai030 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai031 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai032 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai033 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai034 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai035 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai036 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai037 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai038 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai039 | |
| Date of First Publication | 15 (Month)  June (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph | (Optional) | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai040 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai041 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai042 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai043 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai044 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai045 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai046 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai047 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai048 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| Title of Photograph | datai049 | | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore | |
| Description of Photograph (Optional) | | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | datai050 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai051 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai052 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai053 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai054 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai055 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai056 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai057 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai058 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | datai059 | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | datai060 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai061 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai062 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai063 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai064 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai065 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai066 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai067 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai068 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

| Number | Title of Photograph | datai069 | | | | | |
|---|---|---|---|---|---|---|---|
| | Date of First Publication | 15 *(Month)* | June *(Day)* | 2005 *(Year)* | Nation of First Publication | Singapore | |
| | Description of Photograph *(Optional)* | | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai070 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai071 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai072 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai073 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai074 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai075 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai076 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai077 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai078 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | datai079 | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai080 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai081 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai082 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai083 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai084 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai085 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai086 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai087 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai088 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | datai089 | | | | |
| | Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph **datai090**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai091**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai092**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai093**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai094**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai095**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai096**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai097**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai098**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

Number

Title of Photograph **datai099**

Date of First Publication 15 (Month) June (Day) 2005 (Year)   Nation of First Publication Singapore

Description of Photograph (Optional)

---

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
   money order payable to Register of
   Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai100 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai101 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai102 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | datai103 | | | | |
| Date of First Publication | 15 (Month) | June (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai042 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai043 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai044 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai045 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai046 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| Title of Photograph | setai047 | | | | |
| Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

**Number**

Title of Photograph  setai048

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai049

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai050

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai051

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai052

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai053

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai054

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai055

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai056

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**Number**

Title of Photograph  setai057

Date of First Publication  18  January  2005  Nation of First Publication  Singapore
(Month)  (Day)  (Year)

Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1  Application form
2  Nonrefundable filing fee in check or money order payable to Register of Copyrights
3  Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai058 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai059 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai060 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai061 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai062 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai063 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai064 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai065 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai066 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai067 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | Title of Photograph | setai068 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**B**

Registration for Group of Published Photographs (continued)

| Number | Title of Photograph | setai069 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai070 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai071 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai072 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai073 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai074 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai075 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai076 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | Title of Photograph | setai077 | | | | |
|---|---|---|---|---|---|---|
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate will be mailed in window envelope to this address

| Name ▼ | Jennison & Shultz, PC |
|---|---|
| Number / Street / Apt ▼ | 2001 Jefferson Davis Hwy.; Suite 1102 |
| City / State / Zip ▼ | Arlington, VA 22202-3604 |

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai078 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Registration for Group of Published Photographs (continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai079 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai080 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai081 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai082 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai083 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai084 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai085 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai086 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | setai087 | | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai088 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai089 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai090 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai091 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai092 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai093 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai094 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai095 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai096 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai097 | |
| Date of First Publication | 18 (Month) January (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai098 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai099 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai100 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai101 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai102 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai103 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai104 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai105 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai106 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai107 | | | |
| | Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | (Optional) | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number | Title of Photograph | setai108
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Registration for Group of Published Photographs (continued)

Number | Title of Photograph | setai109
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai110
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai111
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai112
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai113
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai114
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai115
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai116
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

Number | Title of Photograph | setai117
Date of First Publication | 18 (Month) | January (Day) | 2005 (Year) | Nation of First Publication | Singapore
Description of Photograph (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|--------|--|--|--|--|--|--|

**B**

Registration for Group of Published Photographs (continued)

Title of Photograph  setai118
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai119
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai120
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai121
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai122
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai123
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai124
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai125
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai126
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

Title of Photograph  setai127
Date of First Publication  18  January  2005
(Month)  (Day)  (Year)
Nation of First Publication  Singapore
Description of Photograph  (Optional)

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application form

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | setai128 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai129 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai130 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai131 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai132 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai133 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai134 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai135 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai136 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | setai137 | |
| Date of First Publication | 18 (Month)  January (Day)  2005 (Year) | Nation of First Publication  Singapore |
| Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | Title of Photograph  setai138 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai139 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai140 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai141 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai142 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai143 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai144 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai145 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai146 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

| | |
|---|---|
| Number | Title of Photograph  setai147 |
| | Date of First Publication  18  January  2005  (Month) (Day) (Year)  Nation of First Publication  Singapore |
| | Description of Photograph  (Optional) |

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph ___ setai148

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai149

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai150

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai151

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai152

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai153

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai154

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai155

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ setai156

Date of First Publication __ 18 ___ January ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

Number

Title of Photograph ___ seahst001

Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore
(Month) (Day) (Year)

Description of Photograph (Optional)

---

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration for Group of Published Photographs (continued)

Number

Title of Photograph __ seahst002 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst003 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst004 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst005 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst006 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst007 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst008 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst009 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst010 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Number

Title of Photograph __ seahst011 _____
Date of First Publication __ 24 ___ February ___ 2005 ___ Nation of First Publication ___ Singapore ___
(Month)   (Day)   (Year)
Description of Photograph __ (Optional) _____

Certificate will be mailed in window envelope to this address

Name ▼
Jemison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration for Group of Published Photographs (continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst012 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst013 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst014 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst015 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst016 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | seahst017 | | | |
| | Date of First Publication | 24 (Month) | February (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai157 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai158 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai159 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai181 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication — Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai160 | | | |
| | Date of First Publication | 26 (Month) | May (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai161 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai162 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai163 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai164 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai165 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai166 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai167 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai168 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph | | | | |

| Number | | | | | |
|---|---|---|---|---|---|
| | Title of Photograph | setai169 | | | |
| | Date of First Publication | 26 | May | 2005 | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application
SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or
money order payable to Register of
Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**B**

Number

Title of Photograph _____ setai170

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Registration
for Group of
Published
Photographs
(continued)

Number

Title of Photograph _____ setai171

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai172

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai173

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai174

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai175

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai176

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai177

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai178

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

Number

Title of Photograph _____ setai179

Date of First Publication _____ 26 (Month)    May (Day)    2005 (Year)    Nation of First Publication _____ Singapore

Description of Photograph _____ (Optional)

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
  money order payable to Register of
  Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | |
|---|---|---|
| Title of Photograph | setai180 | **B** |
| Date of First Publication | 26 (Month)   May (Day)   2005 (Year)   Nation of First Publication   Singapore | Registration for Group of Published Photographs (continued) |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | datai104 | |
| Date of First Publication | 15 (Month)   June (Day)   2005 (Year)   Nation of First Publication   Singapore | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

| Number | | |
|---|---|---|
| Title of Photograph | | |
| Date of First Publication | (Month)   (Day)   (Year)   Nation of First Publication | |
| Description of Photograph | (Optional) | |

---

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**C**

YOU MUST:
- Complete all necessary spaces
- Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

# Certificate of Registration

This Certificate issued under the seal of the Copyright
Office in accordance with title 17, *United States Code,*
attests that registration has been made for the work
identified below. The information on this certificate has
been made a part of the Copyright Office records.

*Maria A. Pallante*

Acting Register of Copyrights, United States of America



**Form VA**
For a Work of the Visual Arts
UNITED STATES COPYRIGHT OFFICE

REG **VA 1 – 432 – 332**

EFFECTIVE DATE OF REGISTRATION

12     30     2010
Month     Day     Year

---

DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.

## 1

**Title of This Work ▼**

The Wave Design Pte. Ltd. Photographs 2005 (B)

**NATURE OF THIS WORK ▼** See instructions

Photographs

**Previous or Alternative Titles ▼**
Group Registration / Published Photos - 394 photographs

**Publication as a Contribution** If this work was published as a contribution to a periodical, serial, or collection, give information about the collective work in which the contribution appeared. Title of Collective Work ▼

If published in a periodical or serial give: Volume ▼    Number ▼    Issue Date ▼    On Pages ▼

## 2

**a**   **NAME OF AUTHOR ▼**

The Wave Design Pte. Ltd.

**DATES OF BIRTH AND DEATH**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☒ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of _____
Domiciled in __Singapore__

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☒ No
Pseudonymous? ☐ Yes ☒ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☒ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

**NOTE**
Under the law, the "author" of a "work made for hire" is generally the employer, not the employee (see instructions). For any part of this work that was "made for hire" check "Yes" in the space provided, give the employer (or other person for whom the work was prepared) as "Author" of that part, and leave the space for dates of birth and death blank.

**b**   **Name of Author ▼**

**Dates of Birth and Death**
Year Born ▼    Year Died ▼

Was this contribution to the work a "work made for hire"?
☐ Yes
☐ No

**Author's Nationality or Domicile**
Name of Country
OR Citizen of _____
Domiciled in _____

**Was This Author's Contribution to the Work**
Anonymous? ☐ Yes ☐ No
Pseudonymous? ☐ Yes ☐ No
If the answer to either of these questions is "Yes," see detailed instructions.

**Nature of Authorship** Check appropriate box(es). See instructions
☐ 3-Dimensional sculpture
☐ 2-Dimensional artwork
☐ Reproduction of work of art
☐ Map
☐ Photograph
☐ Jewelry design
☐ Technical drawing
☐ Text
☐ Architectural work

## 3

**a**   **Year in Which Creation of This Work Was Completed**
2005
This information must be given in all cases.

**b**   **Date and Nation of First Publication of This Particular Work**
Complete this information ONLY if this work has been published.
Month July 6 – Oct. 8   Day   Year 2005
Nation Singapore

## 4

**COPYRIGHT CLAIMANT(S)** Name and address must be given even if the claimant is the same as the author given in space 2. ▼

THE WAVE DESIGN PTE. LTD.
10A Trengganu Street, Singapore 058464

**Transfer** If the claimant(s) named here in space 4 is (are) different from the author(s) named in space 2, give a brief statement of how the claimant(s) obtained ownership of the copyright. ▼

APPLICATION RECEIVED
12-30-2010
ONE DEPOSIT RECEIVED

TWO DEPOSITS RECEIVED

FUNDS RECEIVED

---

MORE ON BACK ▶
• Complete all applicable spaces (numbers 5-9) on the reverse side of this page.
• See detailed instructions. • Sign the form at line 8.

DO NOT WRITE HERE

EXAMINED BY _____ FORM VA

CHECKED BY _____

CORRESPONDENCE
☒ Yes (In Rebel IV# 1-543173304)

FOR
COPYRIGHT
OFFICE
USE
ONLY

**DO NOT WRITE ABOVE THIS LINE. IF YOU NEED MORE SPACE, USE A SEPARATE CONTINUATION SHEET.**

**PREVIOUS REGISTRATION** Has registration for this work, or for an earlier version of this work, already been made in the Copyright Office?
☐ Yes ☒ No If your answer is "Yes," why is another registration being sought? (Check appropriate box.) ▼
a. ☐ This is the first published edition of a work previously registered in unpublished form.
b. ☐ This is the first application submitted by this author as copyright claimant.
c. ☐ This is a changed version of the work, as shown by space 6 on this application.
If your answer is "Yes," give: Previous Registration Number ▼ _____ Year of Registration ▼

**5**

**DERIVATIVE WORK OR COMPILATION** Complete both space 6a and 6b for a derivative work; complete only 6b for a compilation.
a. Preexisting Material Identify any preexisting work or works that this work is based on or incorporates. ▼

**6**

a

See instructions
before completing
this space.

b. Material Added to This Work Give a brief, general statement of the material that has been added to this work and in which copyright is claimed. ▼

b

**DEPOSIT ACCOUNT** If the registration fee is to be charged to a Deposit Account established in the Copyright Office, give name and number of Account.
Name ▼                                        Account Number ▼

Jennison & Shultz, P.C.                       080519

**7**

a

**CORRESPONDENCE** Give name and address to which correspondence about this application should be sent. Name/Address/Apt/City/State/Zip ▼

John N. Jennison, Esq.
Jennison & Shultz, P.C.
2001 Jefferson Davis Hwy.; Suite 1102, Arlington, VA 22202-3604

b

Area code and daytime telephone number   (703 ) 415-1640          Fax number   ( 703 )415-0788

Email   John@JennisonLaw.com

**CERTIFICATION*** I, the undersigned, hereby certify that I am the

check only one ▶ {
☐ author
☐ other copyright claimant
☐ owner of exclusive right(s)
☒ authorized agent of   **THE WAVE DESIGN PTE LTD**
              Name of author or other copyright claimant, or owner of exclusive right(s) ▲

of the work identified in this application and that the statements made by me in this application are correct to the best of my knowledge.

**8**

Typed or printed name and date ▼ If this application gives a date of publication in space 3, do not sign and submit it before that date.
Lee Kar Yin                                          Date   28 December 2010

Handwritten signature (X) ▼
X

**9**

Certificate
will be
mailed in
window
envelope
to this
address:

Name ▼
Jennison & Shultz, PC

Number/Street/Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City/State/Zip ▼
Arlington, VA 22202-3604

*17 U.S.C. §506(e): Any person who knowingly makes a false representation of a material fact in the application for copyright registration provided for by section 409, or in any written statement filed in connection with the application, shall be fined not more than $2,500.

# CONTINUATION SHEET
# FOR FORM VA
## *for Group Registration of Published Photographs*



**Form GR/PPh/CON**
UNITED STATES COPYRIGHT OFFICE

VA 1−432−332

*4U90081 4323324*

*USE ONLY WITH FORM VA*

**EFFECTIVE DATE OF REGISTRATION**

*12*      *30*      *2010*
(Month)    (Day)     (Year)

**CONTINUATION SHEET RECEIVED**

Page *3* of *13* pages

- This optional Continuation Sheet (Form GR/PPh/CON) is used only in conjunction with Form VA for group registration of published photographs.
- This form may not be used as a continuation sheet for unpublished collections. To list individual titles in unpublished collections, use Form CON.
- If you do not have enough space for all the information you need to give on Form VA or if you do not provide all necessary information on each photograph, use this Continuation Sheet and submit it with completed Form VA.
- No more than 50 continuation sheets (or 750 photos) may be used with a single filing fee and Form VA.
- If you submit this Continuation Sheet, clip (do not tape or staple) it to completed Form VA and fold the two together before submitting them.
- Space A of this sheet is intended to identify the author and claimant.
- Space B is intended to identify individual titles and dates of publication (and optional description) of individual photographs.
- Use the boxes to number each line in Part B consecutively. If you need more space, use additional Forms GR/PPh/CON.
- Copyright fees are subject to change. For current fees, check the Copyright Office website at *www.copyright.gov*, write the Copyright Office, or call (202) 707-3000.

**DO NOT WRITE ABOVE THIS LINE. FOR COPYRIGHT OFFICE USE ONLY**

## A
*Identification of Application*

**IDENTIFICATION OF AUTHOR AND CLAIMANT:** Give the name of the author and the name of the copyright claimant in all the contributions listed in Part B of this form. The names should be the same as the names given in spaces 2 and 4 of the basic application.

Name of Author — THE WAVE DESIGN PTE. LTD.

Name of Copyright Claimant — THE WAVE DESIGN PTE. LTD.;  10A Trengganu Street, Singapore 058464

## B
*Registration for Group of Published Photographs*

**COPYRIGHT REGISTRATION FOR A GROUP OF PUBLISHED PHOTOGRAPHS:** To make a single registration for a group of works by the same individual author, all published within 1 calendar year (*see instructions*), give full information about each contribution. If more space is needed, use additional Forms GR/PPh/CON. Number the boxes.

| Number | Title of Photograph | Date of First Publication | | | Nation of First Publication | Description of Photograph |
|---|---|---|---|---|---|---|
| | muscat149 | 6 | July | 2005 | Singapore | |
| | muscat150 | 6 | July | 2005 | Singapore | |
| | muscat151 | 6 | July | 2005 | Singapore | |
| | muscat152 | 6 | July | 2005 | Singapore | |
| | muscat153 | 6 | July | 2005 | Singapore | |

**B**

Registration for Group of Published Photographs (continued)

| | |
|---|---|
| Number | |

Title of Photograph __muscat154__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat155__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat156__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat157__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat158__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat159__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat160__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat161__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat162__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

Title of Photograph __muscat163__

Date of First Publication __6__ __July__ __2005__ Nation of First Publication __Singapore__

Description of Photograph

---

**C**

Certificate will be mailed in window envelope to this address:

Name ▼
**Jamison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

• YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office

**B**

Registration
for Group of
Published
Photographs
(continued)

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat164 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat165 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat166 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat167 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat168 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat169 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat170 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat171 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat172 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat173 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
· Complete all necessary spaces
· Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:
1 Application form
2 Nonrefundable filing fee in check or
money order payable to Register of Copyrights
3 Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

**C**

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat174 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat175 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat176 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat167 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat178 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat179 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat180 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat181 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat182 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

| | | | | | |
|---|---|---|---|---|---|
| **Number** | Title of Photograph | muscat183 | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication Singapore |
| | Description of Photograph (Optional) | | | | |

**C**

Certificate
will be mailed
in window
envelope to
this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Avenue SE
Washington, DC 20559-6000

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat184 | | | | **B** |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | Registration for Group of Published Photographs (continued) |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat185 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat186 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat187 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat188 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat189 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat190 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat191 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat192 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

| Number | | | | | | |
|---|---|---|---|---|---|---|
| | Title of Photograph | muscat193 | | | | |
| | Date of First Publication | 6 (Month) | July (Day) | 2005 (Year) | Nation of First Publication | Singapore |
| | Description of Photograph | | | | | |

Certificate will be mailed in window envelope to this address

**Name ▼**
Jennison & Shultz, PC

**Number / Street / Apt ▼**
2001 Jefferson Davis Hwy.; Suite 1102

**City / State / Zip ▼**
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

**C**

MAIL TO:

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat194 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat195 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat196 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat197 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat198 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat199 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat200 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat201 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat202 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat203 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

Certificate will be mailed in window envelope to this address.

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:

MAIL TO:

**C**

**B**

Number

Title of Photograph __muscat204__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat205__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat206__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat207__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat208__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat209__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat210__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat211__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat212__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

Number

Title of Photograph __muscat213__

Date of First Publication __6__ __July__ __2005__    Nation of First Publication __Singapore__

Description of Photograph __(Optional)__

**C**

Name ▼
Jennison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy., Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

**B**

Registration
for Group of
Published
Photographs
(continued)

| | | |
|---|---|---|
| Number | Title of Photograph | muscat214 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat215 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat216 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat217 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat218 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat219 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat220 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat221 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat222 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

| | | |
|---|---|---|
| Number | Title of Photograph | muscat223 |
| | Date of First Publication | 6 (Month) July (Day) 2005 (Year) |
| | Nation of First Publication | Singapore |
| | Description of Photograph (Optional) | |

**C**

Certificate
will be mailed
in window
envelope to
this address

Name ▼
Jamison & Shultz, PC

Number / Street / Apt ▼
2001 Jefferson Davis Hwy.; Suite 1102

City / State / Zip ▼
Arlington, VA 22202-3604

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS
IN THE SAME PACKAGE:

MAIL TO:

**B**

Registration for Group of Published Photographs (continued)

| Number | | |
|---|---|---|
| Title of Photograph | muscat224 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat225 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat226 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat227 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat228 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat229 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat230 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat231 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat232 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

| Number | | |
|---|---|---|
| Title of Photograph | muscat233 | |
| Date of First Publication | 6 (Month) July (Day) 2005 (Year) | Nation of First Publication Singapore |
| Description of Photograph (Optional) | | |

**C**

Certificate will be mailed in window envelope to this address

Name ▼
**Jennison & Shultz, PC**

Number / Street / Apt ▼
**2001 Jefferson Davis Hwy.; Suite 1102**

City / State / Zip ▼
**Arlington, VA 22202-3604**

YOU MUST:
• Complete all necessary spaces
• Sign your application

SEND ALL 3 ELEMENTS IN THE SAME PACKAGE:
1. Application form
2. Nonrefundable filing fee in check or money order payable to Register of Copyrights
3. Deposit material

MAIL TO:
Library of Congress
Copyright Office
101 Independence Ave. SE
Washington, DC 20559-6000