NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)

COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN JOSE DISTRICT

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>    v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>    Defendants. | Case No.: 5:15-cv-01341-LHK<br><br>**STIPULATION TO EXTEND TIME FOR BRITISH AIRWAYS PLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Complaint served:  May 20, 2015<br>Current response date:  June 10, 2015<br>New response date:  July 10, 2015 |

Pursuant to Civil Local Rule 6-1(a), Plaintiff The Wave Studio, LLC ("Wave"), by and through its counsel of record, submits the following stipulation:

WHEREAS, Wave served its Complaint for Copyright Infringement ("Complaint") on May 20, 2015;

WHEREAS, British Airways currently has until June 10, 2015 to answer or respond to Wave's Complaint;

1   WHEREAS, counsel that claim to be in the process of being retained by British Airways has
2   contacted counsel for Wave and requested an additional 30-day extension for British Airways to
3   answer or respond to Wave's Complaint, to which Wave has consented;

4   WHEREAS, the Parties believe an additional 30-day extension for British Airways' answer
5   or response to Wave's Complaint will not alter the date of any event or any deadline already fixed
6   by Court order;

7   WHEREAS, this is the first extension of British Airways' deadline to respond to the
8   Complaint by the Parties;

9   WHEREAS, Wave submits this stipulation without counsel for British Airways because
10  counsel has not yet been retained, but expects to be shortly.

11  NOW, THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through
12  their respective counsel, that British Airways shall answer or otherwise respond to Wave's
13  Complaint by July 10, 2015.

14  IT IS SO STIPULATED.

16  DATED: June 11, 2015           COBALT LLP

             By:   /s/ Vijay K. Toke
                      Vijay K. Toke

             Attorneys for Plaintiff
             THE WAVE STUDIO, LLC

22  ///
23  ///

ATTESTATION OF CONCURRENCE

I, Vijay K. Toke, attest that I am one of the attorneys for Plaintiff The Wave Studio, LLC, a New York limited liability company, and, as the ECF user and filer of this document, I attest that, pursuant to United States District Court, Northern District of California Civil L.R. 5-1(i)(3), concurrence in the filing of this document has been obtained from William Frankel, attorney to be retained for British Airways PLC.

Dated: June 11, 2015                  By:   /s/  Vijay K. Toke

                                                                                       Vijay K. Toke