1  PETER M. HART (CA Bar. No. 107920)
   (peter.hart@leclairryan.com)
2  LECLAIRRYAN, LLP
   44 Montgomery Street, Suite 3100
3  San Francisco, CA 94104
   Telephone: (415) 391-7111
4  Facsimile: (415) 391-8766

5  Attorneys for Defendant
   BRITISH AIRWAYS PLC
6

7

8                    UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                         SAN JOSE DISTRICT

11

| | |
|---|---|
| 12  THE WAVE STUDIO, LLC, a New York Limited Liability Company,, | Case No.: 5:15-cv-01341-LHK |
| 13  Plaintiff, | |
| 14  v. | **NOTICE OF APPEARANCE BY DEFENDANT BRITISH AIRWAYS PLC** |
| 15  BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,, | |
| 20  Defendants. | |

22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28  ///

---

NOTICE OF APPEARANCE BY DEFENDANT BRITISH AIRWAYS PLC
1

|   |   |
|---|---|
| 1 | PLEASE BE ADVISED THAT DEFENDANT BRITISH AIRWAYS PLC hereby appears in this matter, by and through its counsel of record LECLAIRRYAN, LLP. Any further pleadings, notices or other summons should be served on its counsel of record at the address noted. |

Dated: July 10, 2015                LeClairRyan LLP


                                    By:    _____/s/_____
                                    Peter M. Hart
                                    Attorneys for Defendant
                                    BRITISH AIRWAYS PLC
                                    Peter.hart@leclairryan.com

# CERTIFICATE OF FILING

I hereby certify that on **July 9, 2015**, I electronically filed the foregoing with the Clerk of the Court using CM/ECF system which will send a notification of electronic filing to the following CM/ECF Participants:

NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

By: /s/ Peter M. Hart
    Peter M. Hart
Attorneys for Defendant
British Airways PLC
LeClairRyan LLP
44 Montgomery St., Suite 3100
San Francisco, CA  94104
(415) 391-7111, Fax (415) 391-8766
Peter.hart@leclairryan.com