IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------- X

THE WAVE STUDIO, LLC,

                Plaintiff,

      -against-

GENERAL HOTEL MANAGEMENT
LTD., *et al.*,

                Defendants.

-------------------------------------------------------- X

Case No. 7:13-cv-09239-CS-PED[1]

**AFFIDAVIT OF ROMAN M. SILBERFELD IN SUPPORT OF PRO HAC VICE ADMISSION**

STATE OF CALIFORNIA    ss:
COUNTY OF LOS ANGELES

Roman M. Silberfeld, being duly sworn, deposes and says:

1.      I am an attorney duly admitted to practice law in the State of California.

2.      I am associated with the firm of Robins Kaplan LLP, located at 2121 Avenue of the Stars, Suite 2800, Los Angeles, CA 90067.

3.      This affidavit is submitted in support of the request by Plaintiff THE WAVE STUDIO, LLC for my admission *pro hac vice* to serve as its co-counsel in the above captioned action.

4.      I graduated from Loyola Law School in 1974 and was admitted to practice law in the State of California in December 1974.

---

[1] The above-captioned case consolidates and jointly administers the following cases: (1) *The Wave Studio, LLC v. Amadeus North America, Inc., et al.*, Case No. 7:15-cv-06995-CS; (2) *The Wave Studio, LLC v. American Express Company*, Case No. 7:15-cv-03420; (3) *The Wave Studio, LLC v. AOL Inc., et al.*, Case No. 7:15-cv-05962-CS; (4) *The Wave Studio, LLC v. Booking Holdings Inc., et al.*, Case No. 7:21-cv-02691-CS; (5) *The Wave Studio, LLC v. British Airways PLC, et al.*, Case No. 7:15-cv-07950-CS; (6) *The Wave Studio, LLC v. Citibank N.A., et al.*, Case No. 7:22-cv-05141; (7) *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-PED; (8) *The Wave Studio, LLC v. Groupon, Inc., et al.*, Case No. 7:17-cv-03589-CS; (9) *The Wave Studio, LLC v. United Airlines, Inc.*, Case No. 7:15-cv-05392-CS; (10) *The Wave Studio, LLC v. Virgin America Inc., et al.*, Case No. 7:15-cv-05960-CS; (11) *The Wave Studio, LLC v. Visa, Inc.*, Case No. 7:15-cv-04953-CS.

5.      I am, and have been, a member in good standing of the California State Bar since my admission in 1974. Attached hereto as **Exhibit A** is a true and correct copy of my Certificate of Good Standing from the Supreme Court of California.

6.      I have never been disciplined, suspended or disbarred from the practice of law before any court. To the best of my knowledge and belief, no charges or complaints concerning my fitness to practice law are currently contemplated or pending.

7.      Although I am not admitted to practice law in the State of New York, I seek admission for the sole purpose of representing Plaintiff THE WAVE STUDIO, LLC alongside THE WAVE STUDIO, LLC's counsel of record, Gabriel Berg and the law firm of Robins Kaplan LLP, in this proceeding including all motions and discovery, the oral argument of any motions or applications, and the trial or hearing of the above captioned action. I agree and understand that in connection with my work on this matter, I will be represented and supervised by THE WAVE STUDIO, LLC's attorneys of record, Robins Kaplan LLP, located at 1325 Avenue of the Americas, Suite 2601, New York, NY 10019 at all times.

8.      I am familiar with and shall comply with the standards of professional conduct imposed upon members of the New York State Bar, including the Rules of the Courts governing the conduct of attorneys and the Rules of Professional Conduct, and any notices sent to the office of Robins Kaplan LLP.

9.      I agree to be subject to the jurisdiction of the New York courts with respect to any of my acts occurring during the course of my participation in the above-captioned action.

10.      I have never been denied admission to the bar of any state to which I have applied for admission *pro hac vice* (or otherwise).

WHEREFORE, I respectfully request that this court grant my admission *pro hac vice* to practice before this court for the purpose of representing Plaintiff, THE WAVE

STUDIO, LLC in the above-captioned action and grant such other and further relief as
this court may deem just and proper.

_Roman M. Silberfeld_

A notary public or other officer completing this certificate verifies only the identity of the
individual who signed the document to which this certificate is attached, and not the
truthfulness, accuracy, or validity of that document.

STATE OF CALIFORNIA    )
COUNTY OF LOS ANGELES )

On this 20th day of November, 2023 before me, Silvia Green, Notary Public, personally
appeared Roman M. Silberfeld, who proved to me on the basis of satisfactory evidence to be the
person whose name is subscribed to the within instrument and acknowledged to me that he
executed the same in his authorized capacity, and that by his signature on the instrument the
person, or the entity upon behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the
foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: _Silvia Green Notary Public_

SILVIA GREEN
Notary Public · California
Los Angeles County
Commission # 2342794
My Comm. Expires Jan 21, 2025

-3-

# Exhibit A



## Supreme Court of California

### JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### *ROMAN MAXIMILLIA SILBERFELD*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that ROMAN MAXIMILLIA SILBERFELD, #62783, was on the 20th day of December, 1974 duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 9th day November, 2023.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Robert R. Toy, Senior Deputy Clerk