Peter M. Hart (State Bar No. 107920)
LECLAIRRYAN LLP
44 Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:  (415) 391-7111
Facsimile:  (415) 391-8766

William Harry Frankel (*Admitted Pro Hac Vice*)
BRINKS GILSON & LIONE
NBC Tower  - Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone:  (312) 321-4200

Attorneys for Defendant
SWISS INTERNATIONAL AIR LINES LTD.

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>vs.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>Defendants. | CASE NO.: 5:15-cv-01341-LHK<br><br>**NOTICE OF APPEARANCE BY DEFENDANT SWISS INTERNATIONAL AIR LINES LTD.**<br><br><br><br>Complaint Filed:     May 20, 2015<br>Trial Date:          None |

PLEASE BE ADVISED THAT DEFENDANT SWISS INTERNATIONAL AIR LINES LTD. hereby appears in this matter, by and through its counsel of record LECLAIRRYAN, LLP. Any further pleadings, notices or other summons should be served on its counsel of record at the address noted.

1

Dated:   August 6, 2015                              LeClairRyan, LLP

                                    By      _____/s/ Peter M. Hart_____
                                            Peter M. Hart
                                            Attorneys for Defendant
                                            SWISS INTERNATIONAL AIR LINES LTD.

2

## PROOF OF SERVICE

I declare that:

I am a citizen of the United States, employed in the County of San Francisco, California, over the age of eighteen years, and not a party to the within cause. My business address is 44 Montgomery Street, 18th Floor, San Francisco, California, 94104. I served the within:

> **NOTICE OF APPEARANCE BY DEFENDANT SWISS INTERNATIONAL AIR LINES LTD.**

**Attorney for Plaintiff**
Nate A. Garhart, Esq.
Vijay K. Toke, Esq.
COBALT LLP
918 Parker Street, Bldg., A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401
nate@cobaltlaw.com
vijay@cobaltlaw.com

**Attorneys for Travix Travel USA Inc.**
Jedediah Wakefield, Esq.
Todd R. Gregorian, Esq.
Sebastian E. Kaplan, Esq.
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350
jwakefield@fenwick.com
tgregorian@fenwick.com
skaplan@fenwick.com

 **X   (BY ELECTRONIC SERVICE):** Pursuant to CM/ECF System, registration as a CM/ECF user constitutes consent to electronic service through the Court's transmission facilities. The court's CM/ECF systems send an e-mail notification of the filing to the parties and counsel of record listed above who are registered with the Court's EC/ECF system.

Rick G. Sanders, Jr.
AARON SANDERS PLLC
11 Lea Avenue, Suite 606
Nashville, TN 37210

David Urmann
1912 Blaine Avenue
Salt Lake City, UT 84108

Lawrence E. Mullins
Lufthansa Group, The Americas
Legal Department - NYC CJ/U
1640 Hempstead Turnpike
East Meadow, NY 11554

 **X   (BY MAIL):** on the parties in said cause, by placing a true and correct copy thereof enclosed in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Francisco, California, as addressed on the above service list.

I certify and declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on *August 6, 2015*, at San Francisco, California.

*/s/ Lanii Langlois*
Lanii Langlois

3

NOTICE OF APPEARANCE BY DEFENDANT SWISS INTERNATIONAL AIR LINES LTD.