NATE A. GARHART (CA Bar No. 196872)
(nate@cobaltlaw.com)
VIJAY K. TOKE (CA Bar No. 215079)
(vijay@cobaltlaw.com)
COBALT LLP
918 Parker Street, Bldg. A21
Berkeley, CA 94710
Telephone: (510) 841-9800
Facsimile: (510) 295-2401

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

WILLIAM H. FRANKEL (admitted *pro hac vice*)
(wfrankel@brinksgilson.com)
DANIELLE ANNE PHILLIP (admitted *pro hac vice*)
(dphillip@brinksgilson.com)
BRINKS GILSON & LIONE
NBC Tower – Suite 3600
455 N. Cityfront Plaza Drive
Chicago, IL 60611
Telephone:  (312) 321-4200
Facsimile:  (312) 321-4299

PETER M. HART (CA Bar No. 107920)
(peter.hart@leclairryan.com)
LECLAIRRYAN, LLP
44 Montgomery Street, Suite 3100
San Francisco, CA 94104
Telephone:  (415) 391-7111
Facsimile:  (415) 391-8766

Attorneys for Defendant
BRITISH AIRWAYS PLC

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DISTRICT**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a Swiss, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>Defendants. | Case No. 15-cv-01341-LHK-NMC<br><br>**THIRD STIPULATION TO EXTEND TIME FOR BRITISH AIRWAYS PLC TO RESPOND TO INITIAL COMPLAINT**<br><br>Current response date:  August 10, 2015 |

1     Pursuant to Civil Local Rule 6-1(a), Plaintiff, The Wave Studio, LLC ("Wave"), and
2 Defendant British Airways Plc, by and through their counsel of record, submit the following
3 stipulation:
4     WHEREAS, British Airways currently has until August 10, 2015 to answer or respond to
5 Wave's Complaint;
6     WHEREAS, Wave previously advised British Airways that Wave would provide copies of
7 the images accused of infringement but Wave did not provide copies of such images until August 5,
8 2015;
9     WHEREAS, due to the delay in production of the accused images British Airways has been
10 unable to complete an investigation of the claims asserted in Wave's Complaint or of the images
11 Wave provided;
12     WHEREAS, British Airways has requested and Wave has consented to a further 30 days for
13 British Airways' response to Wave's Complaint;
14     WHEREAS, the Parties believe a further 30 days for British Airways' answer or response to
15 Wave's Complaint will not alter the date of any event or any deadline already fixed by Court order;
16     WHEREAS, this is the third extension of British Airways' deadline to respond to the
17 Complaint by the Parties.
18     Now, therefore, it is hereby stipulated by and between the Parties, through their respective
19 counsel, that British Airways shall answer or otherwise respond to Wave's Complaint by September
20 9, 2015.
21 IT IS SO STIPULATED:
22
23 Dated: August 7, 2015                                BRINKS GILSON & LIONE

24                                                BY: /s/ WILLIAM H. FRANKEL
                                               William H. Frankel (*pro hac vice*)
25                                                Danielle Anne Phillip (*pro hac vice*)
                                               wfrankel@brinksgilson.com
26                                                dphillip@brinksgilson.com
27
28

1 | Dated: August 7, 2015 | LECLAIRRYAN LLP

BY:  /S/ PETER M. HART
Peter M. Hart
peter.hart@leclairryan.com

Attorneys for Defendant
BRITISH AIRWAYS PLC

Dated: August 7, 2015 | COBALT LLP

BY:  /s/ VIJAY TOKE
Vijay Toke
vijay@cobaltlaw.com

Attorneys for Plaintiff
THE WAVE STUDIO, LLC

**ATTESTATION OF SIGNATURES**

Pursuant to Local Civil Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from each of the Signatories.

BY:   /s/ WILLIAM H. FRANKEL
William H. Frankel