1 | JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
2 | TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
3 | SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
4 | FENWICK & WEST LLP
555 California Street, 12th Floor
5 | San Francisco, CA 94104
Telephone: 415.875.2300
6 | Facsimile: 415.281.1350

7 | Attorneys for Defendant TRAVIX TRAVEL USA INC.

8 | WILLIAM H. FRANKEL (admitted *pro hac vice*)
wfrankel@brinksgilson.com
9 | DANIELLE ANNE PHILLIP (admitted *pro hac vice*)
dphillip@brinksgilson.com
10 | BRINKS GILSON & LIONE
NBC Tower – Suite 3600
11 | 455 N. Cityfront Plaza Drive
Chicago, IL 60611
12 | Telephone: (312) 321-4200
Facsimile: (312) 321-4299

13 | PETER M. HART (CA Bar No. 107920)
14 | peter.hart@leclairryan.com
LECLAIRRYAN, LLP
15 | 44 Montgomery Street, Suite 3100
San Francisco, CA 94104
16 | Telephone: (415) 391-7111
Facsimile: (415) 391-8766

17 | Attorneys for Defendants BRITISH AIRWAYS PLC and
18 | SWISS INTERNATIONAL AIR LINES LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA — SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>        Plaintiff,<br><br>    v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>        Defendants. | Case No.: 3:15-cv-01341-RS<br><br>**DEFENDANTS, BRITISH AIRWAYS PLC, SWISS INTERNATIONAL AIR LINES LTD., AND TRAVIX TRAVEL USA INC.'S NOTICE OF PENDENCY OF OTHER ACTION (CIVIL L.R. 3-13)**<br><br>Judge:    Hon. Richard Seeborg |

1  Under Civil Local Rule 3-13, Defendants British Airways PLC, Swiss International Air Lines Ltd., and Travix Travel USA Inc. ("Certain Defendants") submit this Notice of Pendency of Other Action or Proceeding to give notice of another action involving substantially the same subject matter and parties as this action.  Plaintiff Wave Studio does not oppose this notice.

On December 31, 2013, Plaintiff in this action filed an action titled *The Wave Studio, LLC v. General Hotel Management Ltd. et al.*, Case No. 7:13-cv-09239-CS-PED (" '9239 Dkt."), in the United States District Court for the Southern District of New York, located at The Hon. Charles L. Brieant Jr. Federal Building and United States Courthouse, 300 Quarropas St., White Plains, NY 10601-4150.  In that action, Plaintiff has alleged that General Hotel Management and dozens of other defendants have infringed Plaintiff's copyrights in photographs of hotels.  All of the copyright registrations alleged as infringed in the *General Hotel Management* action are alleged to have been infringed in this action.  The District Court for the Southern District of New York stayed the *General Hotel Management* action as to all defendants except GHM, allowing Wave and GHM to first litigate the threshold issue of whether GHM held or lawfully licensed the copyrights in the images. *See* '9239 Dkt. 67.

This action is related to the *General Hotel Management* litigation because both cases share the same plaintiff and overlapping copyright registrations.  It also shares the threshold legal question whether GHM has an implied license for, or owns, the copyright to the allegedly infringing photographs.

Under Civil Local Rule 3-13(b)(3)(B), this action should be coordinated with the *General Hotel Management* litigation by staying this action or transferring it to the Southern District of New York pending the District Court for the Southern District of New York's determination on GHM's license and copyright ownership defense.  A stay would conserve resources and promote the efficient determination of this action, because if the District Court for the Southern District of New York rules in favor of GHM, then Plaintiff will lack standing to bring this action.  Transfer to the Southern District of New York or other coordination may be appropriate, depending on the nature of the District Court for the Southern District of New York's decision and status of the *General Hotel Management* action.

| | | |
|---|---|---|
| 1 | Dated: September 11, 2015 | FENWICK & WEST LLP |
| 2 | | |
| 3 | | By: /s/ *Jedediah Wakefield* |
| 4 | | Jedediah Wakefield<br>Todd R. Gregorian |
| 5 | | Sebastian E. Kaplan |
| 6 | | Attorneys for Defendant<br>TRAVIX TRAVEL USA INC. |
| 7 | | |
| 8 | Dated: September 11, 2015 | BRINKS, GILSON & LIONE |
| 9 | | |
| 10 | | By: /s/ *William H. Frankel* |
| 11 | | William H. Frankel<br>Danielle Anne Phillip |
| 12 | | Attorneys for Defendants<br>BRITISH AIRWAYS PLC and |
| 13 | | SWISS INTERNATIONAL AIR LINES LTD. |

## ATTESTATION OF SIGNATURES

Pursuant to Local Civil Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from each of the Signatories.

Dated: September 11, 2015                FENWICK & WEST LLP

By: /s/ *Jedediah Wakefield*
    Jedediah Wakefield

Attorneys for Defendant
TRAVIX TRAVEL USA INC.

# PROOF OF SERVICE

The undersigned declares as follows: I am a citizen of the United States and employed in San Francisco County, State of California. I am over the age of eighteen years and not a party to the within-entitled action. My business address is Fenwick & West LLP, 555 California Street, 12th Floor, San Francisco, CA 94104. On the date set forth below, I served copies of the following documents:

**DEFENDANTS, BRITISH AIRWAYS PLC, SWISS INTERNATIONAL AIR LINES LTD., AND TRAVIX TRAVEL USA INC.'S NOTICE OF PENDENCY OF OTHER ACTION (CIVIL L.R. 3-13)**

on the interested parties in the subject action by placing a true copy thereof as indicated below, addressed as follows:

*Movant for VisitUSA, LLC:*

David Urman
1912 Blaine Avenue
Salt Lake City, UT 84108

☑ **BY US MAIL:** by placing the document(s) listed above in a sealed envelope for collection and mailing following our ordinary business practices. I am readily familiar with our ordinary business practices for collecting and processing mail for the United States Postal Service, and mail that I place for collection and processing is regularly deposited with the United States Postal Service that same day with postage prepaid.

I declare under penalty of perjury under the laws of the State of California and the United States that the above is true and correct.

Date: September 11, 2015          */s/ Peggy Vertin*
                                   Peggy Vertin