JEDEDIAH WAKEFIELD (CSB No. 178058)
jwakefield@fenwick.com
TODD R. GREGORIAN (CSB No. 236096)
tgregorian@fenwick.com
SEBASTIAN E. KAPLAN (CSB No. 248206)
skaplan@fenwick.com
FENWICK & WEST LLP
555 California Street, 12th Floor
San Francisco, CA 94104
Telephone:    415.875.2300
Facsimile:    415.281.1350

Attorneys for Defendant
Travix Travel USA Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>    Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>    Defendants. | Case No.: 3:15-cv-01341-RS<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br>Judge:          Hon. Richard Seeborg<br>Trial Date:      TBD<br>Date Action Filed: May 20, 2015 |

Defendants Swiss International Air Lines Ltd. and Travix Travel USA Inc. (the "Stipulating Defendants") and Plaintiff The Wave Studio, LLC hereby stipulate and request that the Court continue the Initial Case Management Conference in this case, currently scheduled for October 8, 2015.

The Stipulating Defendants are two of five Defendants in this action: Defendant Hotels Combined LLC has not appeared in this action. Defendant VisitUSA has also not appeared in this action, but on behalf of Visit USA, David Urman has filed a pro se motion to dismiss VisitUSA. The hearing date for that motion was vacated when this case was reassigned to Judge Seeborg and Mr. Urman has not renoticed the motion.

None of the defendants has answered or otherwise responded to the Complaint. The current response dates are as follows:

- Plaintiff served Swiss International Airlines Ltd. with the complaint on May 19, 2015, with a stipulated deadline to answer of October 9, 2015.
- Plaintiff served British Airways Plc with the complaint on May 20, 2015, with a stipulated deadline to answer of October 9, 2015.
- Plaintiff served Travix with the complaint on May 21, 2015, with a stipulated deadline to answer of October 9, 2015.
- Plaintiff served Hotels Combined LLC with the complaint on May 20, 2015, with a stipulated deadline to answer of September 25, 2015.
- Plaintiff served VisitUSA with the complaint on May 23, 2015, with a deadline to answer of June 16, 2015.

The stipulating defendants are currently exploring whether they can reach agreement with Plaintiff and the other two defendants for a transfer of this case to the Southern District of New York, where a related case is currently pending. A continuance of the Case Management Conference will afford the parties an opportunity to explore whether the case should be transferred or stayed. If the case is not transferred or stayed, the continuance will afford the other defendants an opportunity to appear in the case and/or participate in the Case Management

FENWICK & WEST LLP
ATTORNEYS AT LAW
SAN FRANCISCO

Conference.

Accordingly, the stipulating parties hereby request that the Court continue the Case Management Conference, currently scheduled for October 8, 2015, to November 5, 2015 at 10:00 a.m. or to a date convenient to the Court thereafter.

IT IS SO STIPULATED:

Dated:   September 24, 2015          Respectfully submitted,

                                                    FENWICK & WEST LLP

By: /s/ *Jedediah Wakefield*
     Jedediah Wakefield
     Sebastian E. Kaplan

Attorneys for Travix Travel USA Inc.

Dated:   September 24, 2015          BRINKS GILSON LLP

By: /s/ *Willam Frankel*
     William Frankel

Attorneys for Swiss International Air Lines Ltd.

Dated:   September 24, 2015          COBALT LLP

By: /s/ *Vijay Toke*
     Vijay Toke

Attorneys for The Wave Studio, LLC

**ATTESTATION OF SIGNATURES**

Pursuant to Local Civil Rule 5-1(i), I hereby attest that I have obtained concurrence in the filing of this document from each of the Signatories.

By: /s/ *Jedediah Wakefield*
     Jedediah Wakefield

1   GOOD CAUSE APPEARING THEREFORE:

2   IT IS ORDERED that the Initial Case Management Conference scheduled for October 8,

3   2015 be vacated and reset for <u>November 12</u>, 2015 at 10:00 a.m.  The parties' joint case

4   management statement shall be filed on or before <u>November 5, 2015</u>.

5

6   Dated:    September 24, 2015

    _____
    Hon. Richard Seeborg
    United States District Court Judge