| | |
|---|---|
| 1 | WILLIAM H. FRANKEL (admitted *pro hac vice*) |
| 2 | (wfrankel@brinksgilson.com)<br>DANIELLE ANNE PHILLIP (admitted *pro hac vice*) |
| 3 | (dphillip@brinksgilson.com)<br>BRINKS GILSON & LIONE |
| 4 | NBC Tower – Suite 3600<br>455 N. Cityfront Plaza Drive |
| 5 | Chicago, IL 60611<br>Telephone:  (312) 321-4200 |
| 6 | Facsimile:  (312) 321-4299 |
| 7 | PETER M. HART (CA Bar No. 107920)<br>(peter.hart@leclairryan.com) |
| 8 | LECLAIRRYAN, LLP<br>44 Montgomery Street, Suite 3100 |
| 9 | San Francisco, CA 94104<br>Telephone:  (415) 391-7111 |
| 10 | Facsimile:  (415) 391-8766 |
| 11 | Attorneys for Defendants<br>BRITISH AIRWAYS PLC and SWISS INTERNATIONAL AIR LINES LTD. |

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN FRANCISCO DIVISION**

| | |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>      Plaintiff,<br><br>v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a Swiss, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>      Defendants. | Case No. 15-cv-01341-RS<br>ORDER<br>**JOINT STIPULATION TO TRANSFER CASE TO THE UNITED STATES DISTRICT COURT FOR THE SOUTHERN DISTRICT OF NEW YORK** |

1  Plaintiff, The Wave Studio, LLC ("Wave"), and Defendants British Airways Plc, Swiss
2  International Air Lines Ltd. ("Swiss"), and Travix Travel USA Inc. ("Travix") (collectively, the
3  "Stipulating Defendants"), by and through their counsel of record, submit the following stipulation:
4  The Stipulating Defendants and Wave hereby stipulate and request that the above-captioned
5  case shall be transferred to the United States District Court for the Southern District of New York.
6  The Stipulating Defendants believe the above-captioned case is related to litigation currently
7  pending in the Southern District of New York, captioned *The Wave Studio, LLC v. General Hotel
8  Management, et al.*, No. 7:13-CV-09239-CS-PED (S.D.N.Y.) (the "*GHM* litigation"), and should be
9  consolidated with the *GHM* litigation. The Stipulating Defendants and Wave agree that the transfer
10 stipulated here is without prejudice to consolidation of this case with the *GHM* litigation, and that
11 upon transfer to the Southern District of New York, the Stipulating Defendants may seek to file a
12 motion to consolidate this case with the *GHM* litigation.
13 Defendant Hotels Combined LLC has not appeared in this case. Counsel for Defendant
14 Hotels Combined LLC has advised counsel for British Airways and Swiss that Hotels Combined
15 LLC consents to and does not oppose the transfer of this case to the Southern District of New York.
16 Defendant VisitUSA LLC has not appeared in this case, but David Urman had filed a motion
17 to dismiss on behalf of VisitUSA LLC. Mr. Urman advised counsel for British Airways and Swiss
18 that he does not oppose the transfer of this case to the Southern District of New York.
19 Now, therefore, it is hereby stipulated by and between Wave and the Stipulating Defendants,
20 through their respective counsel, that this case be transferred to the United States District Court for
21 the Southern District of New York.
22 IT IS SO STIPULATED:
23
24 Dated: October 7, 2015               COBALT LLP
25                                      BY:   /s/ VIJAY TOKE
                                         Vijay Toke
26                                       vijay@cobaltlaw.com
27                                       Attorneys for Plaintiff
                                         THE WAVE STUDIO, LLC
28

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: October 7, 2015 | BRINKS GILSON & LIONE |
| 3 | | BY:   /s/ WILLIAM H. FRANKEL |
| 4 | | William H. Frankel (*pro hac vice*) Danielle Anne Phillip (*pro hac vice*) |
| 5 | | wfrankel@brinksgilson.com dphillip@brinksgilson.com |
| 6 | Dated: October 7, 2015 | LECLAIRRYAN LLP |
| 7 | | BY:   /s/ PETER M. HART |
| 8 | | Peter M. Hart peter.hart@leclairryan.com |
| 9 | | Attorneys for Defendants |
| 10 | | BRITISH AIRWAYS PLC and SWISS INTERNATIONAL AIR LINES LTD. |
| 11 | Dated: October 7, 2015 | FENWICK & WEST LLP |
| 12 | | BY:   /s/ JEDEDIAH WAKEFIELD |
| 13 | | Jedediah Wakefield Sebastian E. Kaplan |
| 14 | | jwakefield@fenwick.com skaplan@fenwick.com |
| 15 | | Attorneys for Defendant |
| 16 | | TRAVIX TRAVEL USA INC. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  10/7/15

/s/ Richard Seeborg
The Honorable Richard G. Seeborg
United States District Court Judge