IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| THE WAVE STUDIO, LLC, a New York Limited Liability Company,<br><br>        Plaintiff,<br><br>       v.<br><br>BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a Swiss, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,<br><br>        Defendants. | Civil Action No. 7:15-cv-07950-UA |

## APPEARANCE OF COUNSEL

TO:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for: Defendants British Airways Plc and Swiss International Air Lines Ltd.

Dated: October 9, 2015          /s/ *Danielle Anne Phillip*

                                         Danielle Anne Phillip (DP-2295)
                                         BRINKS GILSON & LIONE
                                         NBC Tower - Suite 3600
                                         455 North Cityfront Plaza Drive
                                         Chicago, Illinois 60611
                                         Phone: (312) 321-4200
                                         Fax: (312) 321-4299
                                         E-mail: dphillip@brinksgilson.com

1