™

PROMO ©

vijay k. toke
vijay@cobaltlaw.com
510.841.9800

**VIA E-FILING**

October 9, 2015

The Honorable Cathy Seibel
United States District Court Judge
The Hon. Charles L. Brieant Jr. Federal Building
And United States Courthouse
300 Quarropas St.
White Plains, NY 10601-4150

RE:   *The Wave Studio, LLC v. British Airways PLC et al.*
      Case No. 7:15-cv-07950

Dear Judge Seibel:

I write on behalf of Plaintiff The Wave Studio, LLC ("Wave") in the above-captioned case to request an extension of time pursuant to Rule 1.E. of Your Honor's Rules of Individual Practice.

Specifically, Defendants British Airways Plc, Swiss International Air Lines Ltd., and Travix Travel USA Inc. (collectively, "Defendants") each seek an extension of time from October 9, 2015 until November 9, 2015 to answer or otherwise respond to the Complaint. This is the first extension requested by these Defendants since this case was transferred to this Court from the United States District Court for the Northern District of California (former Case No. 3:15-cv-01341) on October 8, 2015. Defendants seek this extension in order to have sufficient time to gather information regarding the allegations against it and prepare a response. Wave consents to this extension.

Enclosed is a copy of the Stipulation and Order to Extend Time to Answer or Otherwise Respond to Complaint, which as been executed by counsel for Wave and counsel for each of the Defendants.

While this case is not yet assigned to a judge, it was referred to Your Honor on October 8, 2015 after it was transferred to this Court on October 7, 2015. (See Docket No. 80.)



Judge Cathy Seibel
October 9, 2015
Page 2

We therefore address this filing to Your Honor, however, if it should be submitted to a different department's attention, we welcome the Court's instruction.

Respectfully submitted,

COBALT LLP

Vijay K. Toke

Counsel for Plaintiff The Wave Studio, LLC

VKT/na