UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X

THE WAVE STUDIO. LLC, a New York Limited Liability Company

                Plaintiff,

-against-

BRITISH AIRWAYS PLC, a United Kingdom Corporation, HOTELS COMBINED LLC, an Australian Corporation, SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC., a Georgia Corporation, VISITUSA LLC, a Utah Limited Liability Company, and DOES 1-100,

                Defendants.

-----------------------------------------------------------------------X

CIVIL ACTION NO.:

7:15-cv-07950-CS

**NOTICE OF APPEARANCE**

To the Clerk of this Court and all parties of record:

    Kindly enter my appearance as counsel in this case for defendant SWISS INTERNATIONAL AIR LINES LTD., a Switzerland Corporation d/b/a SWISS, TRAVIX TRAVEL USA INC.

    I certify that I am admitted to practice in this Honorable Court.

Dated: New York, New York
         January 20, 2016

                              Respectfully submitted,

                              **CLAUSEN MILLER P.C.**

                By: _____
                              Carl M. Perri, Esq.
                              *Attorneys for Defendant Swiss International Air Lines LTD*
                              28 Liberty Street, 39th Floor
                              New York, New York 10005
                              (212) 805-3900
                              File No. 25-2717-00-4

3936361

## CERTIFICATE OF SERVICE

I certify that on the 20th day of January, 2016, I caused a true and correct copy of the foregoing NOTICE OF APPEARANCE to be served via ECF System, on the following:

All appearing counsel registered with the ECF system.

/s/*Carl M. Perri*

3936361