# EXHIBIT A

Ad Number # 557964 Account #

PUBLISHER'S AFFIDAVIT

**STATE OF GEORGIA**
**COUNTY OF FULTON**
Re: 557964

Before me, the undersigned, a Notary Public, this day personally came Alecia Seals who, being duly sworn, according to law, says she is an agent of ALM Media, LLC., publishers of the **Daily Report**, the official newspaper published in Atlanta, GA, in said county and state, and that the publication, of which the annexed is a true copy, was published in said newspaper as provided by law on the following dates : 10/22/2021, 10/29/2021

Alecia Seals

Kaweemah Mosley - Notary Public

Subscribed and sworn to before me this 29th day of October, 2021

Ad Number # 557964 Account # █████

Notice of Intent to Dissolve Notice is
given that a Notice of Intent to
Dissolve TRAVIX TRAVEL USA INC.,
a Georgia Corporation with its
registered office located at 303
PEACHTREE ST., #5300, ATLANTA,
Georgia 30308, has been delivered to
the Secretary of State for filing in
accordance with the Georgia Business
Corporation Code.