AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC<br>*Plaintiff*<br>v.<br>BRITISH AIRWAYS PLC, et al.<br>*Defendant* | Case No. 7:15-cv-07950-CS |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant HOTELS COMBINED LLC.

Date: December 12, 2022

/s/ Carla B. Oakley
*Attorney's signature*

Carla B. Oakley
*Printed name and bar number*

MORGAN, LEWIS & BOCKIUS LLP
One Market, Spear Street Tower
San Francisco, CA 94105
*Address*

carla.oakley@morganlewis.com
*E-mail address*

(415) 442-1301
*Telephone number*

(415) 442-1001
*FAX number*