AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| | |
|---|---|
| THE WAVE STUDIO, LLC, ) | |
| *Plaintiff* ) | |
| v. ) | Case No.  7:15-cv-07950-CS-VR |
| BRITISH AIRWAYS PLC, et al., ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

HOTELS COMBINED LLC  (Defendant)                                                                                                  .

Date:    03/18/2025                                                    /s/ Matthew T. Julyan
                                                                                    *Attorney's signature*

                                                              Matthew Todd Julyan  (Bar # 5955844)
                                                                     *Printed name and bar number*

                                                                    Morgan, Lewis & Bockius LLP
                                                                    1111 Pennsylvania Avenue, NW
                                                                       Washington, DC 20004-2541
                                                                                      *Address*

                                                                   matthew.julyan@morganlewis.com
                                                                              *E-mail address*

                                                                              (202) 739-5372
                                                                            *Telephone number*

                                                                              (202) 739-3001
                                                                                *FAX number*